**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
__Northern__ District of __California__
(State)

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | XTAL Inc. |
| **2. All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 36 - 4777571 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 97   E. Brokaw Road, Suite 330 | |
| Number  Street | Number  Street |
| | P.O. Box |
| San Jose    CA    95112 | |
| City  State  ZIP Code | City  State  ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| USA | |
| County | Number  Street |
| | |
| | City  State  ZIP Code |

**5. Debtor's website (URL)**  www.xtalinc.com

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page 1

Case: 18-52770   Doc# 1   Filed: 12/17/18   Entered: 12/17/18 20:27:16   Page 1 of 19


Debtor  XTAL Inc.
_____
Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101 (51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201 A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____ When __/__/____ Case number _____
　　　　　　　　　　　　　MM / DD / YYYY
　　　　District _____ When __/__/____ Case number _____
　　　　　　　　　　　　　MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.  Debtor _____ Relationship _____
　　　　District _____ When __/__/____
　　　　　　　　　　　　　MM / DD / YYYY
　　　　Case number, if known _____

Official Form 201　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　page 2

Case: 18-52770　　Doc# 1　　Filed: 12/17/18　　Entered: 12/17/18 20:27:16　　Page 2 of 19



Debtor  XTAL Inc.
         Name

Case number (*if known*) _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number       Street

_____
City                          State       ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 3



Case: 18-52770   Doc# 1   Filed: 12/17/18   Entered: 12/17/18 20:27:16   Page 3 of 19

Debtor  XTAL Inc.
       Name                                                    Case number (if known)

### 16. Estimated liabilities
- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [x] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/17/2018
             MM / DD / YYYY

X _____          Jiangwei Li
  Signature of authorized representative of debtor    Printed name

Title  Chief Executive Officer

### 18. Signature of attorney

X /s/ Leib M. Lerner                        Date  12/17/2018
  Signature of attorney for debtor                MM / DD / YYYY
  Leib M. Lerner

Leib M. Lerner
Printed name
Alston & Bird LLP
Firm name
333       S. Hope Street, 16th Floor
Number    Street
Los Angeles                                CA          90071
City                                       State       ZIP Code

(213) 576-1000                             leib.lerner@alston.com
Contact phone                              Email address

227323                                     CA
Bar number                                 State

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 4


American LegalNet, Inc.
www.FormsWorkFlow.com

**Fill in this information to identify the case:**

Debtor name: XTAL INC.

United States Bankruptcy Court for the: NORTHERN District of CALIFORNIA
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Putterman Landry & Yu LLP | 345 California St Suite 1160 San Francisco CA 94014 | | | | | 526,240.99 |
| 2 | Dong Fang Jingyuan Electron Limited Shenzhen | Rm 301F Building C Yingdali Tech Park, No 8 Hongmian Road Futian FTZ Shenzhen City, China | | | | | 120,576.99 |
| 3 | Dong Fang Jingyuan Electron Limited Beijing | No 4 Jinghai Road Building 12 Beijing Economic Technological Development District Beijing, China | | | | | 20,130.29 |
| 4 | Massmutual Retirement Services | 100 Bright Meadow Boulevard Enfield CT 06082 | | | | | 12,363.28 |
| 5 | Richardson Oliver Law Group | Richardson Oliver Law Group Attn: Kent Richardson 650 Castro Street Unit 120-250 Mountain View CA 94041 | | | | | 8,458.00 |
| 6 | Jiangwei Li | 97 E Brokaw Road pSte 330 San Jose CA 95112 | | | | | 4,892.58 |
| 7 | Chase Cardmember Service | PO Box 15298 Wilmington DE 15850-5298 | | | | | 4,483.33 |
| 8 | Sofie Vandeputte | 405 Cervantes Rd Portola Valley CA 94028 | | | | | 4,050.00 |

Official Form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  page 1

Case: 18-52770   Doc# 1   Filed: 12/17/18   Entered: 12/17/18 20:27:16   Page 5 of 19



Debtor   XTAL INC.
         Name                                                           Case number (*if known*) _____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Huayu Liu | 656 Kingswood Way Los Altos, CA 94022 | | | | | 3,983.00 |
| 10 | CitiBusiness CARD | 6716 Grade Lane Building 9 Ste 910 Louisville KY 40213 | | | | | 3,687.19 |
| 11 | Sterling Health | 1000 Broadway Ste 250 Oakland CA 94607 | | | | | 1,046.08 |
| 12 | Bill Lee | 2077 Crist Drive, Los Altos, CA 94024 | | | | | 645.67 |
| 13 | ASML US Inc | c/o Bartko Zankel Bunzel & Miller One Embarcadero Center Suite 800 San Francisco CA 941111 | | Disputed | | | unknown |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2



Fill in this information to identify the case and this filing:

Debtor Name **XTAL INC.**

United States Bankruptcy Court for the: **NORTHERN** District of **CALIFORNIA**
                                                                                       State

Case number *(If known):* _____

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/17/2018**       ✗ _/s/ Jiangwei Li_____
            MM / DD / YYYY             Signature of individual signing on behalf of debtor

                                                                   Jiangwei Li
                                                                   Printed name

                                                                   Chief Executive Officer
                                                                   Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors           American LegalNet, Inc. www.FormsWorkFlow.com

Leib M. Lerner (CA State Bar No. 227323)
Alina A. Ananian (CA State Bar No. 322905)
**ALSTON & BIRD LLP**
560 Mission Street, Suite 2100
San Francisco, CA 94105-0912
Telephone: (415) 243-1000
leib.lerner@alston.com
alina.ananian@alston.com

Proposed Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>　　XTAL Inc.,<br><br>　　　　Debtor | Bankruptcy Case No.:<br><br>Chapter 11<br><br>**RULE 7007.1 CORPORATE OWNERSHIP STATEMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1) and 7007.1, I, Jiangwei Li, Chief Executive Officer of XTAL, Inc., hereby file this statement and state as follows:

The following entities directly or indirectly own 10% or more of any class of the corporation's equity interests:

    Samsung Venture Investment Corp.

    Finest Sino International Limited, a wholly owned subsidiary of China Oriental Group Limited.

Dated: 12/17/2018

_____
Jiangwei Li
Chief Executive Officer of Xtal Inc.

# RESOLUTION OF THE BOARD OF DIRECTORS OF XTAL INC.

December 17, 2018

Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Jiangwei Li, Chief Executive Officer of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Jiangwei Li, Chief Executive Officer of this corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Jiangwei Li, Chief Executive Officer of this corporation is authorized and directed to employ the law firm of Alston & Bird LLP to represent the corporation in such bankruptcy case.

Be it Further Resolved that this resolution may be executed in one or more counterparts, each of which shall be an original and all of which together shall constitute one and the same resolution as of the date first written above.

By: _____
Dr. Sung-hoon Yang, Director


By: _____
Mr. Li han, Director


By: _____
Mr. Jiangwei Li, Director

# RESOLUTION OF THE BOARD OF DIRECTORS OF XTAL INC.

December 17, 2018

Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Jiangwei Li, Chief Executive Officer of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Jiangwei Li, Chief Executive Officer of this corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Jiangwei Li, Chief Executive Officer of this corporation is authorized and directed to employ the law firm of Alston & Bird LLP to represent the corporation in such bankruptcy case.

Be it Further Resolved that this resolution may be executed in one or more counterparts, each of which shall be an original and all of which together shall constitute one and the same resolution as of the date first written above.

By:_____
Dr. Sung-hoon Yang, Director

By:_____
Mr. Li han, Director

By:_____
Mr. Jiangwei Li, Director

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

In re:

        XTAL Inc.                      Case No.:

_____Debtor(s)_____/

**CREDITOR MATRIX COVER SHEET**

     I declare that the attached Creditor Mailing Matrix, consisting of 7 sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: 12/17/2018

                             /s/ Leib M. Lerner_____
                             Attorney for Debtor

Xtal Inc
97 E Brokaw Road Ste 330
San Jose CA 95112

Alston & Bird LLP
Attn Leib M. Lerner
333 S Hope Street 16 Floor
Los Angeles CA 90071

Adobe Inc
345 Park Ave
San Jose CA 95110

Alhambra
6750 Discovery Blvd
Mableton GA 30126

Apobridge International
97 E Brokaw Rd No 310-F
San Jose CA 95112

ASML US Inc
ASML Holdings NV
c/o Bartko Zankel Bunzel & Miller
One Embarcadero Center Ste 800
San Francisco CA 941111

Assured Technology Inc
14041 Saratoga Hills Road
Saratoga CA 95070

AT&T
PO Box 5014
Carol Stream IL 60197-5014

Bill Lee
2077 Crist Drive
Los Altos CA 94024

Cao Yang
1945 Silva Pl
Santa Clara CA 95054

Chase Cardmember Service
PO BOX 15298
Wilmington DE 15850

Chen Qingrong
1045 Williams Way Apt 4
Mountain View CA 94040

Chen Weibing
1063 Morse Ave Apt 13-305
Sunnyvale CA 94089

CitiBusiness CARD
6716 Grade Lane Building 9
Ste 910
Louisville KY 40213

Comcast Business
9602 S 300 W Ste B
Dandy UT 84070-3302

Copower
1600 W Hillsdale Boulevard
San Mateo CA 94402

Davis Wright Tremaine LLP
1201 Third Avenue Seattle WA 98101

Dong Fang Jingyuan Electron Limited Beijing
No 4 Jinghai Road Building 12
Beijing Economic Technological Development District
Beijing China

Dong Fang Jingyuan Electron Limited Shenzhen
Rm 301F Building C Yingdali Tech Park No 8
Hongmian Road Futian FTZ
Shenzhen City China

Employment Development Department
Attn MIC 53
800 Capitol Mall
Sacramento CA 95814

FedEx
942 South Shady Grove Road
Memphis TN 38120

First GaoTour Corporation
PO BOX 700471

San Jose CA 95170

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento CA 95812

GoDaddy.com, LLC
14455 N Hayden Rd Ste 219
Scottsdale AZ 85260

Guo Kuo
1594 Sun Ln
San Jose CA 95132

Hanhai Investment Inc
97 E Brokaw Road Ste 310
San Jose CA 95112

Huang Wei
1919 Fruitdale Ave F-404
San Jose CA 95128

Huayu Liu
656 Kingswood Way
Los Altos CA 94022

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101

iTalk Global Communications Inc
7926 Jones Branch Drive Ste 1100
McLean VA 22102

Jin Hyejin
1011 Clark Way
Palo Alto CA 94304

Kaiser
PO Box 23219
San Diego CA 92193-3219

Richardson Oliver Law Group
650 Castro Street Unit 120-250
Mountain View CA 94041

Kim Joobyoung
5609 Bellagio Dr
San Jose CA 95118

Lan Song
18660 Barnhart Ave
Cupertino CA 95014

Lee Bill
2077 Crist Drive
Los Altos CA 94024

Li Jiangwei
97 E Brokaw Road Ste 330
San Jose CA 95112

Lin Jie
2089 Kiwi Walkway
San Jose CA 95133

Littler Mendelson P C
333 Bush Street 34th Floor
San Francisco CA 94104

Liu Huayu
656 Kingswood Way
Los Altos CA 94022

LogicPatents LLC
21701 Stevens Creek Blvd No 284
Cuptertino CA 95015

Microsoft Corporation
One Microsoft Way
Redmond WA 98052

Massmutual Retirement Services
100 Bright Meadow Boulevard
Enfield CT 06082

Mwangi Michael
1277 Longfellow Ln
State College PA 16803

Putterman Landry & Yu LLP
345 California St
Ste 1160
San Francisco CA 94014

Register.com
12808 Gran Bay Parkway
Jacksonville Florida 32258

Ruth Yang
547 S Leeper Ave
Mountain View CA 94040

Samsung Venture Investment Corp
2440 Sand Hill Road Ste 302
Menlo Park CA 94025

Secretary of State
1500 11th Street
Sacramento CA 95814

Sofie Vandeputte
405 Cervantes Rd
Portola Valley CA 94028

State Board of Equalization
State of California
Account Information Group MIC 29
PO Box 942879
Sacramento CA 94279

Sterling Health
1000 Broadway Ste 250
Oakland CA 94607

Sui Jiangzi
4233 Delaware Dr
Fremont CA 94538

Surepayroll
2350 Ravine Way
Ste 100
Glenview IL 60025

Tang Naihong
6118 Bollinger Rd
San Jose CA 95129

The Hartford
PO BOX 660916
Dallas TX 75266

The Meridian Law
675 North First Street Ste 765
San Jose CA 95112

UnitedHealthCare
UHS Premium Billing
PO BOX 94017
Palaine IL 60094-4017

Walters Wilson LLP
702 Marshall Street Ste 611
Redwood City CA 94063

Wang Liang
251 Bunch Grass Terrace
Fremont CA 94539

Web Hosting
10 Corporate Drive Ste 300
Burlington MA 01803

WebEx
771 Alder Dr
 Milpitas CA 95035

Wu Jingzi
3559 Ancil Way
San Jose CA 95117

Wu Kai
512 Hamilton Ave
Milpitas CA 95035

Xu Jiabei
320 Crescent Village Cir Unit 1272
San Jose CA 95134

Young Basile Hanlson & Macfarlane PC

3001 West Big Beaver Road Ste 624
Troy Michigan 48084

Zhang Zhaoli
111 Mission Ridge CT
Fremont CA 94539

Zhao Yan
3180 Apperson Ridge Dr
San Jose CA 95148

Zhu Xinzhi
1028 Mundell Ct
Los Altos CA 94022

Zongqiang Yu
DJEL Co Ltd
No 4 Jinghai Road Building 12
Beijing Economic Technological Dev Dist
Beijing China 100176