UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: XTAL, Inc.

Debtor(s)

Bankruptcy No.: 18-52770-MEH
R.S. No.: RAL-1
Hearing Date: 01/09/2019
Time: 2:00 pm

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 12/17/2018    Chapter: 11
    Prior hearings on this obligation: None    Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

   Secured Creditor [ ] or lessor [ ]
   Fair market value: $_____    Source of value: _____
   Contract Balance: $_____    Pre-Petition Default: $_____
   Monthly Payment: $_____    No. of months: _____
   Insurance Advance: $_____    Post-Petition Default: $_____
                                   No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

   Fair market value: $_____    Source of value: _____    If appraisal, date: _____

   Moving Party's position (first trust deed, second, abstract, etc.):

   Approx. Bal. $_____    Pre-Petition Default: $_____
   As of (date): _____    No. of months: _____
   Mo. payment: $_____    Post-Petition Default: $_____
   Notice of Default (date): _____    No. of months: _____
   Notice of Trustee's Sale: _____    Advances Senior Liens: $_____

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

   | Position | Amount | Mo. Payment | Defaults |
   |---|---|---|---|
   | 1st Trust Deed: _____ | $_____ | $_____ | $_____ |
   | 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
   | _____ : | | | |
   | _____ : | | | |
   | _____ : | | | |
   | (Total) | $_____ | $_____ | $_____ |

(D) Other pertinent information: Motion for relief from stay to conclude a trial in state court.

12/20/2018

__/s/ Richard A. Lapping__
Signature
Richard A. Lapping
Print or Type Name

Attorney for Creditor ASML US, LLC