Leib M. Lerner (CA State Bar No. 227323)
Anthony L. Greene (CA State Bar No. 302044)
Alina A. Ananian (CA State Bar No. 322905)
**ALSTON & BIRD LLP**
333 S. Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: leib.lerner@alston.com
Email: anthony.greene@alston.com
Email: alina.ananian@alston.com

Proposed Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>XTAL Inc.,<br><br>Debtor | Bankruptcy Case No.: 18-52770<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON DEBTOR'S MOTION FOR ENTRY OF ORDER AUTHORIZING DEBTOR TO PAY PREPETITION WAGES, COMPENSATION, AND OTHER EMPLOYEE BENEFITS [DOC. 11]**<br><br>Hearing<br>Date: January 9, 2019<br>Time: 2:00 p.m.<br>Place: Courtroom 3020<br>       280 S 1st Street<br>       San Jose, CA 95113 |

1    **PLEASE TAKE NOTICE** that pursuant to the Court's *Order Approving Application for Order Shortening Time for Hearing on Debtor's Motion for Entry of Order Authorizing Debtor to Pay Prepetition wages, Compensation, and Other Employee Benefits* [Doc. 14] ("Order"), on January 9, 2019, in Courtroom 3020, 280 S. 1ST Street, San Jose, CA 95113, at 2:00 p.m., a hearing will be held on the Motion of XTAL Inc. (the "**Debtor**") for Entry of an Order Authorizing Debtor to Pay Prepetition Wages, Compensation, and other Employee Benefits (the "**Motion**") [Doc. 11]. By its Motion, the Debtor seeks an order authorizing it to pay certain unpaid prepetition employee obligations that are due and owing to the Debtor's employees and workers, and to sell, donate or abandon certain *de minimis* used furniture items, as more fully set forth in the Motion. A copy of the Motion including all supporting documents may be obtained by contacting Alston & Bird LLP, Attention: Alina Ananian, Esq., (213) 576-1000; email: alina.ananian@alston.com.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order, any opposition to the Motion shall be filed and served on the Debtor and its counsel on or before January 7, 2019.

DATED: December 20, 2018

                    LEIB M. LERNER
                    **ALSTON & BIRD LLP**

                    /s/ Leib M. Lerner
                          Leib M. Lerner
                    Proposed attorneys for Debtor XTAL Inc.