

```
1  RICHARD A. LAPPING (SBN 107496)
      Rich@TrodellaLapping.com
2  TRODELLA & LAPPING LLP                The following constitutes the order of the Court.
   Richard A. Lapping (SBN: 107496)      Signed: January 31, 2019
3  Trodella & Lapping LLP
   540 Pacific Avenue
4  San Francisco, CA 94133               _____
   Telephone:   (415) 399-1015           M. Elaine Hammond
5  Facsimile:   (415) 651-9004           U.S. Bankruptcy Judge

6  PATRICK M. RYAN (SBN 203215)
      pryan@bzbm.com
7  SEAN R. McTIGUE (SBN 286839)
      smctigue@bzbm.com
8  BARTKO ZANKEL BUNZEL & MILLER
   A Professional Law Corporation
9  One Embarcadero Center, Suite 800
   San Francisco, California 94111
10 Telephone: (415) 956-1900
   Facsimile:  (415) 956-1152
11
   Attorneys for Creditor ASML US, LLC,
12 f/k/a ASML US, Inc.
```

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No.: 18-52770-MEH |
| XTAL, INC., | Chapter 11 |
|     Debtor. | **ORDER GRANTING MOTION FOR RELIEF FROM STAY** |
| | Date:      January 24, 2019<br>Time:     1:30 p.m.<br>Judge:    Hon. M. Elaine Hammond<br>Courtroom: 3070 |

    The Court heard the motion of Plaintiff ASML US, LLC, f/k/a ASML US, Inc. ("ASML") for relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) ("Motion"), to lift the stay of proceedings in the action styled ASML US, Inc., vs. XTAL, Inc., pending as Case No. 16-CV-295051 in Department 8 of the Superior Court of Santa Clara County ("Superior Court") before the

Honorable Sunil R. Kulkarni, Judge of the Superior Court ("State Court Action") on January 24, 2019. Richard A. Lapping of Trodella & Lapping LLP, and Patrick M. Ryan and Sean R. McTeague of Bartko Zankel Bunzel & Miller appeared for ASML; and Leib M. Lerner, Ryan W. Koppelman, and Helen Su of Alston & Bird LLP appeared for defendant XTAL, Inc.("Debtor").

The Court having read and considered the papers, argument and other matters submitted by the parties, grants the Motion. This Order is made on the basis of the following Findings of Fact and Conclusions of Law in accordance with Federal Rule of Bankruptcy Procedure 7052.

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

While the factors applied to determine whether relief from stay should be granted to proceed with litigation are not exactly the same as for remand, there is significant overlap. As such, the Court finds that the factors that weigh in favor of remand of Adversary Proceeding No. 19-05002 ("Adversary Order") also favor the grant of relief from stay to proceed with further hearing before Superior Court Judge Kulkarni for determination and entry of judgment, including any injunctive relief, provided that any enforcement is returned to the bankruptcy court for review.

As to the argument that ASML violated the stay, for the reasons previously stated in the Adversary Order, the Court finds that ASML's filing regarding its conversion was not a violation of the automatic stay.

Second, as to contact with Judge Kulkarni regarding scheduling in the event relief from the stay was granted, the Court finds that this is not sufficient to deny relief from stay. This is the functional equivalent of a foreclosing entity continuing a sale date in anticipation of a grant of relief from stay, which courts within the Ninth Circuit have recognized as not being a violation.

Third, as to the notice and order entered by the two Superior Court judges, the Court finds that these were administrative acts for which all action was completed pre-petition. Nevertheless, the Court will annul the stay as to these acts.

Therefore, IT IS HEREBY ORDERED that:

1. The Motion for relief from the automatic stay is GRANTED as to the State Court Action.

2. The enforcement of any judgment or order entered in the State Court Action, including any order for injunctive relief, shall be stayed and returned to the Bankruptcy Court for further proceedings.

3. The automatic stay is annulled with respect to (a) the NOTICE OF HEARING ON STATUS OF CASE by Judge James L. Stoelker entered on December 31, 2018 in the State Court Action, and (b) the ORDER of Judge Peter H. Kirwan entered on January 3, 2019 in the State Court Action.

APPROVED AS TO FORM:

ALSTON & BIRD LLP

By: /s/ Leib M. Lerner
    Leib M. Lerner
    Attorneys for Defendant XTAL, Inc.

*** END OF ORDER ***

# COURT SERVICE LIST

ECF Participants