Leib M. Lerner (CA State Bar No. 227323)
Anthony L. Greene (CA State Bar No. 302044)
Alina A. Ananian (CA State Bar No. 322905)
**ALSTON & BIRD LLP**
333 S. Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: leib.lerner@alston.com
Email: anthony.greene@alston.com
Email: alina.ananian@alston.com

Attorneys for Debtor XTAL Inc.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>    XTAL Inc.,<br><br>        Debtor | Bankruptcy Case No.: 18-52770-MEH<br><br>Chapter 11<br><br>**CERTIFICATION OF TRANSLATIONS FOR (I) PENG DECLARATION [DOC. 53] AND (II) SUPPLEMENTAL PENG DECLARATION [DOC. 91] IN SUPPORT OF DEBTOR'S MOTION TO WIND UP CHINESE SUBSIDIARY OR, IN THE ALTERNATIVE, TO ABANDON SUBSIDIARY**<br><br><u>Hearing</u><br>Date:    February 14, 2019<br>Time:    1:30 p.m.<br>Place:    Courtroom 3020<br>            280 S 1st Street<br>            San Jose, CA 95113 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Attached hereto are true and correct copies of:

1. Certification of Translation Accuracy for the Translation of "Declaration of XIAO-Kun Peng" from "Chinese" to "English".

2. Certification of Translation Accuracy for the Translation of "Supplemental Declaration of Xiao-Kun Peng in Support of Debtor's Motion to Wind Up Chinese Subsidiary or, in the Alternative, to Abandon Subsidiary" from "Chinese" to "English."

DATED: February 7, 2019  LEIB M. LERNER
**ALSTON & BIRD LLP**

*/s/ Leib M. Lerner*
Leib M. Lerner
Attorneys for Debtor XTAL Inc.



**珠 海 百 奥 翻 译 服 务 有 限 公 司**
**Zhuhai BioLinguist Translation Services Co. Ltd.**

地址：珠海市香洲区人民东路 127 号工商大厦西附楼 7 楼 7040 室
电话 (Tel): 15363562025    电子邮件 (E-mail): info@biolinguist.com
网址 (Website): www.biolinguist.com.cn

## Certification of Translation Accuracy

Translation of "DECLARATION OF XIAO-KUN PENG" from "Chinese" to "English"

We, Zhuhai BioLinguist Translation Services Co. Ltd., a professional translation company incorporated in the City of Zhuhai, Guangdong Province of the People's Republic of China, hereby certify that the above-mentioned document(s) has (have) been translated by experienced and qualified professional translators and that, in our best judgement, the translated text truly reflects the content, meaning and style of the original text and constitutes in every respect a correct and true translation of the original document.

This is to certify the correctness of the translation only. We do not guarantee that the original is a genuine document, or that the statements contained in the original document are true. Further, Zhuhai BioLinguist Translation Services Co. Ltd. assumes no liability for the way in which the translation is used by the customer or any third party, including end users of the translation.

A copy of the translation is attached to this certification.

Chun Un
President, Zhuhai BioLinguist Translation Services Co. Ltd.
January 16, 2019
Zhuhai, China



# 珠海百奥翻译服务有限公司
## Zhuhai BioLinguist Translation Services Co. Ltd.

地址：珠海市香洲区人民东路 127 号工商大厦西附楼 7 楼 7040 室
电话 (Tel): 15363562025    电子邮件 (E-mail): info@biolinguist.com
网址 (Website): www.biolinguist.com.cn

## Certification of Translation Accuracy

Translation of "SUPPLEMENTAL DECLARATION OF XIAO-KUN PENG IN SUPPORT OF DEBTOR'S MOTION TO WIND UP CHINESE SUBSIDIARY OR, IN THE ALTERNATIVE, TO ABANDON SUBSIDIARY" from "Chinese" to "English"

We, Zhuhai BioLinguist Translation Services Co. Ltd., a professional translation company incorporated in the City of Zhuhai, Guangdong Province of the People's Republic of China, hereby certify that the above-mentioned document(s) has (have) been translated by experienced and qualified professional translators and that, in our best judgement, the translated text truly reflects the content, meaning and style of the original text and constitutes in every respect a correct and true translation of the original document.

This is to certify the correctness of the translation only. We do not guarantee that the original is a genuine document, or that the statements contained in the original document are true. Further, Zhuhai BioLinguist Translation Services Co. Ltd. assumes no liability for the way in which the translation is used by the customer or any third party, including end users of the translation.

A copy of the translation is attached to this certification.

Chun Un
President, Zhuhai BioLinguist Translation Services Co. Ltd.
February 5, 2019
Zhuhai, China