Leib M. Lerner (CA State Bar No. 227323)
Anthony L. Greene (CA State Bar No. 302044)
Alina A. Ananian (CA State Bar No. 322905)
**ALSTON & BIRD LLP**
333 S. Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: leib.lerner@alston.com
Email: anthony.greene@alston.com
Email: alina.ananian@alston.com

Attorneys for Debtor XTAL Inc.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>XTAL Inc.,<br><br>Debtor | Bankruptcy Case No.: 18-52770-MEH<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I, Rosa Nelly Villaneda, declare:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to this bankruptcy case; my business address is 333 S. Hope Street, 16th Floor, Los Angeles, CA 90071.

On March 28, 2019, I served a true and correct copy of the following document(s):

- **DEBTOR'S MOTION TO APPROVE SETTLEMENT AGREEMENT WITH ASML US, LLC PURSUANT TO FED. R. BANKR. PROC. 9019;**

- **DECLARATION OF JIANGWEI LI IN SUPPORT OF DEBTOR'S MOTION TO APPROVE SETTLEMENT AGREEMENT WITH ASML US, LLC PURSUANT TO FED. R. BANKR. PROC. 9019**

on the interested parties listed below via electronic transmission and/or the Court's CM/ECF notification system to the parties registered to receive notice and by placing a true copy thereof enclosed in an envelope with postage thereon fully prepaid, and placed for collection and mailing via U.S. Mail on that date following ordinary business practices, in Los Angeles, California, to the parties addressed as follows:

**Via ECF:**
- Alina Anette Ananian    Alina.Ananian@alston.com, anthonie.meister@alston.com
- Trevor Ross Fehr    trevor.fehr@usdoj.gov, lynne.knight@usdoj.gov
- Stephen D. Finestone    sfinestone@fhlawllp.com
- Richard A. Lapping    rich@trodellalapping.com
- Leib Lerner    leib.lerner@alston.com
- Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov
- Marta Villacorta    marta.villacorta@usdoj.gov

**Via U.S. Mail:**

See attached Matrix

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 28, 2019

*/s/ Rosa Nelly Villaneda*
Rosa Nelly Villaneda

2
CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 18-52770<br>Northern District of California<br>San Jose<br>Wed Mar 27 11:09:37 PDT 2019 | ASML Holdings NV<br>Bartko Zankel Bunzel Miller<br>One Embarcadero Center Suite 800<br>San Francisco CA 94111-3666 | ASML US Inc<br>ASML Holdings NV<br>c/o Bartko Zankel Bunzel & Miller<br>One Embarcadero Center Ste 800<br>San Francisco CA 94111-3629 |
| ASML US Inc<br>Bartko Zankel Bunzel Miller<br>One Embarcadero Center Suite 800<br>San Francisco CA 94111-3666 | ASML US LLC<br>Trodella & Lapping LLP<br>Attn Richard A. Lapping<br>540 Pacific Avenue<br>San Francisco, CA 94133-4608 | AT&T<br>PO Box 5014<br>Carol Stream IL 60197-5014 |
| AUM - RealPage Utility Management<br>PO Box 6436<br>Carol Stream IL 60197-6436 | Adobe Inc<br>345 Park Ave<br>San Jose CA 95110-2704 | Alhambra<br>6750 Discovery Blvd<br>Mableton GA 30126-4646 |
| Alston & Bird LLP<br>Attn Leib M Lerner<br>333 S Hope Street 16 Floor<br>Los Angeles CA 90071-1410 | Alina Anette Ananian<br>Alston and Bird LLP<br>333 S Hope St., 16th Fl.<br>Los Angeles, CA 90071-1410 | Apobridge International<br>97 E Brokaw Rd No 310-F<br>San Jose CA 95112-1031 |
| Apobridge International Inc.<br>328 Elmwood Lane<br>Hayward, CA 94541-7404 | Assured Technology Inc<br>14041 Saratoga Hills Road<br>Saratoga CA 95070-5344 | Baoquan Liu<br>No 4 Jinghai Road Building 12<br>Beijing Economic Technological Dev Dist<br>Beijing China |
| Bill Lee<br>2077 Crist Drive<br>Los Altos CA 94024-7228 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Attn: Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| California State Board of Equalization<br>Account Information Group MIC 29<br>PO Box 942879<br>Sacramento CA 94279-0029 | Cao Yang<br>1945 Silva Pl<br>Santa Clara CA 95054-1674 | Cao Yang<br>1945 Silva Place<br>Santa Clara CA 95054-1674 |
| Chase Cardmember Service<br>PO Box 15298<br>Wilmington DE 19850-5298 | Chen Qingrong<br>1045 Williams Way Apt 4<br>Mountain View CA 94040-3425 | Chen Weibing<br>1063 Morse Ave Apt 13-305<br>Sunnyvale CA 94089-4641 |
| China Oriental Group Company Limited<br>Suites 901-2 & 10<br>Great Eagle Centre 23 Harbor Road<br>Wanchai Hong Kong | CitiBusiness Card<br>6716 Grade Lane Building 9<br>Ste 910<br>Louisville KY 40213-3410 | Comcast Business<br>9602 S 300 W Ste B<br>Dandy UT 84070-3302 |
| Copower<br>1600 W Hillsdale Boulevard<br>San Mateo CA 94402-3766 | Davis Wright Tremaine LLP<br>1201 Third Avenue<br>Seattle WA 98101-3045 | Davis Wright Tremaine LLP<br>Shenzhen<br>1201 Third Avenue<br>Seattle WA 98101-3045 |

Dong Fang Jingyuan Electron Limited
Rm 301F Building C Yingdali Tech Park
Hongmian Road Futian FTZ
Shenzhen City China

Dong Fang Jingyuan Electron Limited Beijing
No 4 Jinghai Road Building 12
Beijing Economic Technological Developme
Beijing China

Dong Fang Jingyuan Electron Limited Shenzhen
Rm 301F Building C Yingdali Tech Park No
Hongmian Road Futian FTZ
Shenzhen City China

Dong Fang Jingyuan Electron Ltd Beijing
No 4 Jinghai Road Building 12
Beijing Economic Technological Develop
Beijing China

DongFang JingYuan Electron Ltd Shenzhen
Rm 401 A Block C Yingdali Science & Tech
Ditital Park Futian Bonded Area Shenzhen
518038 Guangdong PR China

DongFang Jingyuan Electron Limited Shenzhen
Rm 401A, Block C,
Yingdali Scince and Technology Ditital P
Futian Bonded Area, Shenzhen, 518038
Guangdong, P.R. China

Employment Development Department
Attn MIC 53
800 Capitol Mall
Sacramento CA 95814-4807

FedEx
942 South Shady Grove Road
Memphis TN 38120-4117

Trevor Ross Fehr
Office of the U.S. Trustee
280 S 1st St. #268
San Jose, CA 95113-3004

Finest Sino International Limited
Jingyuan Han
23 Harbour Rd Ste 901-2 & 10
Wanchai Hong Kong

Stephen D. Finestone
Finestone Hayes LLP
456 Montgomery St. 20th Fl.
San Francisco, CA 94104-1233

First GaoTour Corporation
PO BOX 700471
San Jose CA 95170-0471

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento CA 95812-2952

G F Brown Insurance Services
828 San Pablo Ave No 210
Albany CA 94706-1564

GoDaddy.com LLC
14455 N Hayden Rd Ste 219
Scottsdale AZ 85260-6993

Guo Kuo
1594 Sun Ln
San Jose CA 95132-3623

Hanhai Investment Inc
97 E Brokaw Road Ste 310
San Jose CA 95112-1031

Hartford Fire Insurance Company
Bankruptcy Unit, HO2-R, Home Office
Hartford, CT 06155-0001

Huang Wei
1919 Fruitdale Ave F-404
San Jose CA 95128-4983

Huayu Liu
656 Kingswood Way
Los Altos CA 94022-1623

Hyejin Jin
1011 Clark Way
Palo Alto CA 94304-2319

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

Inventus LLC
500 W Madison Suite 1210
Chicago IL 60661-4602

Jiangwei Li
XTAL Inc
97 E Brokaw Rd Suite 330
San Jose CA 95112-1031

Jihui Huang
3229 El Camino Real Apt 246
Santa Clara CA 95051-2867

Jin Hyejin
1011 Clark Way
Palo Alto CA 94304-2319

Joobyoung Kim
5609 Bellagio Dr
San Jose CA 95118-3901

KPM Accounting & Management Solutions
PO Box 641773
San Francisco CA 94164-1773

Kaiser
PO Box 23219
San Diego CA 92193-3219

Kaiser Permanente
250 Hospital Pkwy
San Jose CA 95119-1103

Ke Zhao
3602 Flora Vista Ave Apt 209
Santa Clara CA 95051-3512

Kim Joobyoung
5609 Bellagio Dr
San Jose CA 95118-3901

Kuo Guo
1594 Sun Ln
San Jose CA 95132-3623

Lan Song
18660 Barnhart Ave
Cupertino CA 95014-3860

Richard A. Lapping
Trodella & Lapping LLP
540 Pacific Ave.
San Francisco, CA 94133-4608

Lee Bill
2077 Crist Drive
Los Altos CA 94024-7228

Leib Lerner
Alston and Bird LLP
333 S Hope St. 16th Fl
Los Angeles, CA 90071-1410

Jiangwei Li
97 E. Brokaw Road #330
San Jose, CA 95112-1031

Li Jiangwei
97 E Brokaw Road Ste 330
San Jose CA 95112-1031

Li Wanyu
10367 Greenwood Court Apt 5
Cupertino CA 95014-3341

Liang Wang
251 Bunch Grass Terrace
Fremont CA 94539-8409

Lin Jie
2089 Kiwi Walkway
San Jose CA 95133-3218

Littler Mendelson P C
333 Bush Street 34th Floor
San Francisco CA 94104-2874

Liu Huayu
656 Kingswood Way
Los Altos CA 94022-1623

LogicPatents LLC
21701 Stevens Creek Blvd No 284
Cuptertino CA 95015-3312

M L Rieger
182 Elk Run Road
Skamania WA 98648-6077

Marta Villacorta
Phillip J Burton Federal Bldg
450 Golden Gate Ave 5th Fl
San Francisco CA 94102-3405

Massmutual Retirement Services
100 Bright Meadow Boulevard
Enfield CT 06082-1981

Michael Mwangi
1277 Longfellow Ln
State College PA 16803-2421

Microsoft Corporation
One Microsoft Way
Redmond WA 98052-8300

Mwangi Michael
1277 Longfellow Ln
State College PA 16803-2421

NCC Group Escrow Associates LLC
123 Mission Street 9th Fl
San Francisco CA 94105-5124

Naihong Tang
6188 Bollinger Rd
San Jose CA 95129-3000

Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

Office of the US Trustee / SJ
US Federal Bldg
280 S 1st St  No 268
San Jose CA 95113-3004

Office of the United States Trustee
Attn: Marta E. Villacorta
450 Golden Gate Avenue, Suite 05-0153
San Francisco, CA 94102-3661

Osborne & Associates Inc
4216 Kiernan Avenue Suite 201
Modesto CA 95356-8500

PG&E
Box 997300
Sacramento CA  95899-7300

Percipience LLC
24 19th Ave
San Francisco CA 94121-1302

Case: 18-52770    Doc# 136-2    Filed: 03/28/19    Entered: 03/28/19 14:47:52    Page 5 of 10

| | | |
|---|---|---|
| Putterman Landry & Yu LLP<br>345 California St<br>Ste 1160<br>San Francisco CA 94104-2626 | Putterman Landry + Yu LLP<br>c/o Stephen D. Finestone<br>456 Montgomery St., 20th Fl<br>San Francisco, CA 94104-1233 | Quingrong Chen<br>1045 Williams Way Apt 4<br>Mountain View CA 94040-3425 |
| Register.com<br>12808 Gran Bay Parkway<br>Jacksonville Florida 32258-4468 | Richardson Oliver Law Group<br>650 Castro Street Unit 120-250<br>Mountain View CA 94041-2055 | Richardson Oliver Law Group<br>Attn: Kent Richardson<br>650 Castro Street, Unit 120-250<br>Mountain View CA 94041-2055 |
| Richardson Oliver Law Group<br>Kent Richardson<br>650 Castro Street Unit 120-250<br>Mountain View CA 94041-2055 | Richardson Oliver Law Group LLP<br>650 Castro Street<br>Unit 120, PMB 250<br>Mountain View, CA 94041-2093 | Ruth Yang<br>547 S Leeper Ave<br>Mountain View CA 94040-3824 |
| SVIC No 28 New Technology<br>Business Investment LLP<br>2440 Sand Hill Road Ste 302<br>Menlo Park CA 94025-6900 | Samsung Electronics Co Ltd<br>416 Maetan-3dong Yeongtong-gu<br>Suwon-si Gyeonggi-do Korea 433-742 | Samsung Venture Investment Corp<br>2440 Sand Hill Road Ste 302<br>Menlo Park CA 94025-6900 |
| Secretary of State<br>1500 11th Street<br>Sacramento CA 95814-5701 | Secretary of State<br>EQUALIZATION<br>1500 11th Street<br>Sacramento CA 95814-5701 | Shizhong Zhu<br>350 River Oaks Parkway Apt 1458<br>San Jose CA 95134-3606 |
| Sofie Vandeputte<br>405 Cervantes Rd<br>Portola Valley CA 94028-7659 | Song Lan<br>18660 Barnhart Ave<br>Cupertino CA 95014-3860 | (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 |
| State Farm General Insurance<br>Agent Tina Vu<br>46923 Warm Springs Blvd Suite 208<br>Fremont CA 94539-7977 | Sterling Health<br>1000 Broadway Ste 250<br>Oakland CA 94607-4033 | Sui Jiangzi<br>4233 Delaware Dr<br>Fremont CA 94538-5906 |
| Surepayroll<br>2350 Ravine Way<br>Ste 100<br>Glenview IL 60025-7621 | Tang Naihong<br>6118 Bollinger Rd<br>San Jose CA 95129-3004 | Technology Business Investment LLP<br>SVIC No 28 New Technology Business<br>2440 Sand Hill Road Ste 302<br>Menlo Park CA 94025-6900 |
| The Forensics Group<br>9736 NE 119th Way<br>Suite E-419<br>Kirkland WA 98034-7067 | The Hartford<br>PO BOX 660916<br>Dallas TX 75266-0916 | The Meridian Law<br>675 North First Street Ste 765<br>San Jose CA 95112-5152 |
| U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 | US Attorney<br>Civil Division Trustee<br>450 Golden Gate Ave Bldg<br>San Francisco CA 94102-3661 | UnitedHealthCare<br>185 Asylum Street Cityplace 1<br>Hartford CT 06103-3408 |

| | | |
|---|---|---|
| UnitedHealthCare<br>UHS Premium Billing<br>PO BOX 94017<br>Palaine IL 60094-4017 | Marta Villacorta<br>Office of the United States Trustee<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102-3661 | Walters Wilson LLP<br>702 Marshall Street Ste 611<br>Redwood City CA 94063-1827 |
| Wang Liang<br>251 Bunch Grass Terrace<br>Fremont CA 94539-8409 | Web Hosting<br>10 Corporate Drive Ste 300<br>Burlington MA 01803-4200 | WebEx<br>771 Alder Dr<br>Milpitas CA 95035-7927 |
| Wei Huang<br>1919 Fruitdale Ave F-404<br>San Jose CA 95128-4983 | Weibing Chen<br>1063 Morse Ave Apt 13-305<br>Sunnyvale CA 94089-4641 | Weimin Ma<br>694 Perry Common<br>Fremont CA 94539-5749 |
| Wu Jingzi<br>3559 Ancil Way<br>San Jose CA 95117-2101 | Wu Kai<br>512 Hamilton Ave<br>Milpitas CA 95035-3510 | XTAL Inc.<br>97 E. Brokaw Road #330<br>San Jose, CA 95112-1031 |
| Xtal Inc<br>97 E Brokaw Road Ste 330<br>San Jose CA 95112-1031 | Xu Jiabei<br>320 Crescent Village Cir Unit<br>San Jose CA 95134-3047 | Xu Jiabei<br>320 Crescent Village Cir Unit 1272<br>San Jose CA 95134-3061 |
| Yaun He<br>14136 Heathrow Ln<br>Lake Oswego OR 97034-2178 | Young Basile Hanlson & Macfarlane PC<br>3001 West Big Beaver Road Ste 624<br>Troy Michigan 48084-3107 | Yumin Wang<br>3602 Flora Vista Ave Apt 209<br>Santa Clara CA 95051-3512 |
| Zhang Zhaoli<br>111 Mission Ridge CT<br>Fremont CA 94539-4776 | Zhao Yan<br>3180 Apperson Ridge Dr<br>San Jose CA 95148-3817 | Zhongke Jingyuan Electron Limited<br>No 156 4th Jinghai Rd Building 12<br>Beijing Economic Development District<br>Beijing China |
| Zhu Xinzhi<br>1028 Mundell Ct<br>Los Altos CA 94022-1114 | Zongqiang Yu<br>3261 Falls Creek Dr<br>San Jose CA 95135-2352 | Zongqiang Yu<br>DJEL Co Ltd<br>No 4 Jinghai Road Building 12<br>Beijing Economic Technological Dev Dist<br>Beijing China 100176 |
| iTalk Global Communications Inc<br>7926 Jones Branch Drive Ste 1100<br>McLean VA 22102-3303 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| State Board of Equalization<br>Attn: Special Procedures Section, MIC:55<br>P.O. Box 942879<br>Sacramento, CA 94279 | (d)State Board of Equalization<br>Attn Special Procedures Section MIC:55<br>PO Box 942879<br>Sacramento CA 94279 | (d)State Board of Equalization<br>State of California<br>Account Information Group MIC 29<br>PO Box 942879<br>Sacramento CA 94279 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)ASML US LLC<br>Bartko Zankel Bunzel Miller<br>One Embarcadero Center Suite 800<br>San Francisco CA 94111-3666 | (u)ASML US, LLC | (d)Adobe Inc<br>345 Park Ave<br>San Jose CA 95110-2704 |
| (d)Alhambra<br>6750 Discovery Blvd<br>Mableton GA 30126-4646 | (u)Alston & Bird LLP | (d)Alston & Bird LLP<br>Attn Leib M. Lerner<br>333 S Hope Street 16 Floor<br>Los Angeles CA 90071-1410 |
| (d)Apobridge International<br>97 E Brokaw Rd No 310-F<br>San Jose CA 95112-1031 | (d)Assured Technology Inc<br>14041 Saratoga Hills Road<br>Saratoga CA 95070-5344 | (d)Bill Lee<br>2077 Crist Drive<br>Los Altos CA 94024-7228 |
| (d)CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento CA 94280-0001 | (d)CA Franchise Tax Board<br>Attn: Special Procedures<br>PO Box 2952<br>Sacramento CA 95812-2952 | (u)CREDITOR MATRIX COVER SHEET |
| (d)Chase Cardmember Service<br>PO Box 15298<br>Wilmington DE 19850-5298 | (d)Chen Qingrong<br>1045 Williams Way Apt 4<br>Mountain View CA 94040-3425 | (d)Chen Weibing<br>1063 Morse Ave Apt 13-305<br>Sunnyvale CA 94089-4641 |
| (d)CitiBusiness Card<br>6716 Grade Lane Building 9<br>Ste 910<br>Louisville KY 40213-3410 | (d)Copower<br>1600 W Hillsdale Boulevard<br>San Mateo CA 94402-3766 | (u)DATED: 12/17/2018 |
| (u)Debtor(s)                 / | (d)Employment Development Department<br>Attn MIC 53<br>800 Capitol Mall<br>Sacramento CA 95814-4807 | (d)FedEx<br>942 South Shady Grove Road<br>Memphis TN 38120-4117 |
| (d)First GaoTour Corporation<br>PO BOX 700471<br>San Jose CA 95170-0471 | (d)Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento CA 95812-2952 | (d)GoDaddy.com, LLC<br>14455 N Hayden Rd Ste 219<br>Scottsdale AZ 85260-6993 |

(d)Guo Kuo
1594 Sun Ln
San Jose CA 95132-3623

(d)Hanhai Investment Inc
97 E Brokaw Road Ste 310
San Jose CA 95112-1031

(d)Huang Wei
1919 Fruitdale Ave F-404
San Jose CA 95128-4983

(d)Huayu Liu
656 Kingswood Way
Los Altos CA 94022-1623

(d)Huayu Liu
656 Kingswood Way
Los Altos, CA 94022-1623

(u)I declare that the attached Creditor Maili

(u)In re:
XTAL Inc. Case No.:

(d)Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

(d)Inventus, LLC
500 W. Madison
Suite 1210
Chicago, IL 60661-4602

(d)Jin Hyejin
1011 Clark Way
Palo Alto CA 94304-2319

(d)Joobyoung Kim
5609 Bellagio Dr.,
San Jose, CA 95118-3901

(d)Kim Joobyoung
5609 Bellagio Dr
San Jose CA 95118-3901

(d)Lan Song
18660 Barnhart Ave
Cupertino CA 95014-3860

(d)Lee Bill
2077 Crist Drive
Los Altos CA 94024-7228

(d)Lin Jie
2089 Kiwi Walkway
San Jose CA 95133-3218

(d)Littler Mendelson P C
333 Bush Street 34th Floor
San Francisco CA 94104-2874

(d)Liu Huayu
656 Kingswood Way
Los Altos CA 94022-1623

(d)LogicPatents LLC
21701 Stevens Creek Blvd No 284
Cuptertino CA 95015-3312

(d)M L Rieger
182 Elk Run Road
Skamania, WA 98648-6077

(d)Massmutual Retirement Services
100 Bright Meadow Boulevard
Enfield CT 06082-1981

(d)Microsoft Corporation
One Microsoft Way
Redmond WA 98052-8300

(d)NCC Group Escrow Associates LLC
123 Mission Street,9th Fl.
San Francisco, CA 94105-5124

(d)Percipience LLC
24 19th Avenue
San Francisco, CA 94121-1302

(d)Putterman Landry & Yu LLP
345 California St
Ste 1160
San Francisco CA 94104-2626

(d)Register.com
12808 Gran Bay Parkway
Jacksonville Florida 32258-4468

(d)Richard A Lapping
Trodella & Lapping LLP
540 Pacific Ave
San Francisco CA 94133-4608

(d)Ruth Yang
547 S Leeper Ave
Mountain View CA 94040-3824

(d)Samsung Venture Investment Corp
2440 Sand Hill Road Ste 302
Menlo Park CA 94025-6900

(d)Sofie Vandeputte
405 Cervantes Rd
Portola Valley CA 94028-7659

(d)Sterling Health
1000 Broadway Ste 250
Oakland CA 94607-4033

| | | |
|---|---|---|
| (d)Sui Jiangzi<br>4233 Delaware Dr<br>Fremont CA 94538-5906 | (d)Surepayroll<br>2350 Ravine Way<br>Ste 100<br>Glenview IL 60025-7621 | (d)Tang Naihong<br>6118 Bollinger Rd<br>San Jose CA 95129-3004 |
| (d)The Forensics Group<br>9736 NE 119th Way Suite E-419<br>Kirkland WA 98034-7067 | (d)The Hartford<br>PO BOX 660916<br>Dallas TX 75266-0916 | (d)The Meridian Law<br>675 North First Street Ste 765<br>San Jose CA 95112-5152 |
| (u)UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF CALIFORNIA | (d)Walters Wilson LLP<br>702 Marshall Street Ste 611<br>Redwood City CA 94063-1827 | (d)Wang Liang<br>251 Bunch Grass Terrace<br>Fremont CA 94539-8409 |
| (d)Web Hosting<br>10 Corporate Drive Ste 300<br>Burlington MA 01803-4200 | (d)WebEx<br>771 Alder Dr<br>Milpitas CA 95035-7927 | (d)Wu Jingzi<br>3559 Ancil Way<br>San Jose CA 95117-2101 |
| (d)Wu Kai<br>512 Hamilton Ave<br>Milpitas CA 95035-3510 | (u)XITU Technology Shenzhen Co LTD<br>C-301F YingDaLi Tech Park HongMian Rd<br>FuTian-BaoShui Park FuTian District<br>Shenzhen 518048 | (d)Young Basile Hanlson & Macfarlane PC<br>3001 West Big Beaver Road Ste 624<br>Troy Michigan 48084-3107 |
| (d)Yumin Wang<br>3602 Flora Vista Ave, Apt 209,<br>Santa Clara, CA 95051-3512 | (d)Zhang Zhaoli<br>111 Mission Ridge CT<br>Fremont CA 94539-4776 | (d)Zhao Yan<br>3180 Apperson Ridge Dr<br>San Jose CA 95148-3817 |
| (d)Zhu Xinzhi<br>1028 Mundell Ct<br>Los Altos CA 94022-1114 | (d)Zongqiang Yu DJEL Co Ltd<br>No 4 Jinghai Road Building 12<br>Beijing Economic Technological Dev Dist<br>Beijing China 100176 | (d)iTalk Global Communications Inc<br>7926 Jones Branch Drive Ste 1100<br>McLean VA 22102-3303 |
| (u)s Leib M. Lerner_____<br>Attorney for Debtor | End of Label Matrix<br>Mailable recipients    144<br>Bypassed recipients     76<br>Total                  220 | |