Leib M. Lerner (CA State Bar No. 227323)
Anthony L. Greene (CA State Bar No. 302044)
Alina A. Ananian (CA State Bar No. 322905)
**ALSTON & BIRD LLP**
333 S. Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: leib.lerner@alston.com
Email: anthony.greene@alston.com
Email: alina.ananian@alston.com

Attorneys for Debtor XTAL Inc.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>    XTAL Inc.,<br><br>        Debtor | Bankruptcy Case No.: 18-52770-MEH<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

Case: 18-52770   Doc# 148-2   Filed: 04/04/19   Entered: 04/04/19 23:54:14   Page 1 of 10

# CERTIFICATE OF SERVICE

I, Rosa Nelly Villaneda, declare:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to this bankruptcy case; my business address is 333 S. Hope Street, 16th Floor, Los Angeles, CA 90071.

On April 4, 2019, I served a true and correct copy of the following document(s):

- **DEBTOR'S MOTION TO APPROVE SETTLEMENT AGREEMENT WITH DFJY PARTIES PURSUANT TO FED. R. BANKR. PROC. 9019;**

- **DECLARATION OF JIANGWEI LI IN SUPPORT OF DEBTOR'S MOTION TO APPROVE SETTLEMENT AGREEMENT WITH DFJY PARTIES PURSUANT TO FED. R. BANKR. PROC. 9019**

on the interested parties listed below via electronic transmission and/or the Court's CM/ECF notification system to the parties registered to receive notice and by placing a true copy thereof enclosed in an envelope with postage thereon fully prepaid, and placed for collection and mailing via U.S. Mail on that date following ordinary business practices, in Los Angeles, California, to the parties addressed as follows:

## Via ECF:
- Alina Anette Ananian    Alina.Ananian@alston.com, anthonie.meister@alston.com
- Trevor Ross Fehr    trevor.fehr@usdoj.gov, lynne.knight@usdoj.gov
- Stephen D. Finestone    sfinestone@fhlawllp.com
- Richard A. Lapping    rich@trodellalapping.com
- Leib Lerner    leib.lerner@alston.com
- Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov
- Marta Villacorta    marta.villacorta@usdoj.gov

## Via U.S. Mail:

See attached Matrix

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 4, 2019

/s/ Rosa Nelly Villaneda
Rosa Nelly Villaneda

Label Matrix for local noticing
0971-5
Case 18-52770
Northern District of California
San Jose
Thu Apr  4 14:07:38 PDT 2019

ASML Holdings NV
Bartko Zankel Bunzel Miller
One Embarcadero Center Suite 800
San Francisco CA 94111-3666

ASML US Inc
ASML Holdings NV
c/o Bartko Zankel Bunzel & Miller
One Embarcadero Center Ste 800
San Francisco CA 94111-3629

ASML US Inc
Bartko Zankel Bunzel Miller
One Embarcadero Center Suite 800
San Francisco CA 94111-3666

ASML US LLC
Trodella & Lapping LLP
Attn Richard A. Lapping
540 Pacific Avenue
San Francisco, CA 94133-4608

AT&T
PO Box 5014
Carol Stream IL 60197-5014

AUM - RealPage Utility Management
PO Box 6436
Carol Stream IL 60197-6436

Adobe Inc
345 Park Ave
San Jose CA 95110-2704

Alhambra
6750 Discovery Blvd
Mableton GA 30126-4646

Alston & Bird LLP
Attn Leib M Lerner
333 S Hope Street 16 Floor
Los Angeles CA 90071-1410

Alina Anette Ananian
Alston and Bird LLP
333 S Hope St., 16th Fl.
Los Angeles, CA 90071-1410

Apobridge International
97 E Brokaw Rd No 310-F
San Jose CA 95112-1031

Apobridge International Inc.
328 Elmwood Lane
Hayward, CA 94541-7404

Assured Technology Inc
14041 Saratoga Hills Road
Saratoga CA 95070-5344

Baoquan Liu
No 4 Jinghai Road Building 12
Beijing Economic Technological Dev Dist
 Beijing China

Bill Lee
2077 Crist Drive
Los Altos CA 94024-7228

CA Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
 Sacramento, CA 94280-0001

CA Franchise Tax Board
Attn: Special Procedures
P.O. Box 2952
 Sacramento, CA 95812-2952

California State Board of Equalization
Account Information Group MIC 29
PO Box 942879
Sacramento CA 94279-0029

Cao Yang
1945 Silva Pl
Santa Clara CA 95054-1674

Cao Yang
1945 Silva Place
Santa Clara CA 95054-1674

Chase Cardmember Service
PO Box 15298
Wilmington DE 19850-5298

Chen Qingrong
1045 Williams Way Apt 4
Mountain View CA 94040-3425

Chen Weibing
1063 Morse Ave Apt 13-305
Sunnyvale CA 94089-4641

China Oriental Group Company Limited
Suites 901-2 & 10
Great Eagle Centre 23 Harbor Road
Wanchai Hong Kong

CitiBusiness Card
6716 Grade Lane Building 9
Ste 910
Louisville KY 40213-3410

Comcast Business
9602 S 300 W Ste B
Dandy UT 84070-3302

Copower
1600 W Hillsdale Boulevard
San Mateo CA 94402-3766

Davis Wright Tremaine LLP
1201 Third Avenue
Seattle WA 98101-3045

Davis Wright Tremaine LLP
Shenzhen
1201 Third Avenue
 Seattle WA 98101-3045

Dong Fang Jingyuan Electron Limited
Rm 301F Building C Yingdali Tech Park
Hongmian Road Futian FTZ
Shenzhen City China

Dong Fang Jingyuan Electron Limited Beijing
No 4 Jinghai Road Building 12
Beijing Economic Technological Developme
Beijing China

Dong Fang Jingyuan Electron Limited Shenzhen
Rm 301F Building C Yingdali Tech Park No
Hongmian Road Futian FTZ
Shenzhen City China

Dong Fang Jingyuan Electron Ltd Beijing
No 4 Jinghai Road Building 12
Beijing Economic Technological Develop
Beijing China

DongFang JingYuan Electron Ltd Shenzhen
Rm 401 A Block C Yingdali Science & Tech
Ditital Park Futian Bonded Area Shenzhen
518038 Guangdong PR China

DongFang Jingyuan Electron Limited Shenzhen
Rm 401A, Block C,
Yingdali Scince and Technology Ditital P
Futian Bonded Area,Shenzhen, 518038
 Guangdong, P.R. China

Employment Development Department
Attn MIC 53
800 Capitol Mall
Sacramento CA 95814-4807

FedEx
942 South Shady Grove Road
Memphis TN 38120-4117

Trevor Ross Fehr
Office of the U.S. Trustee
280 S 1st St. #268
San Jose, CA 95113-3004

Finest Sino International Limited
Jingyuan Han
23 Harbour Rd Ste 901-2 & 10
Wanchai Hong Kong

Stephen D. Finestone
Finestone Hayes LLP
456 Montgomery St. 20th Fl.
San Francisco, CA 94104-1233

First GaoTour Corporation
PO BOX 700471
San Jose CA 95170-0471

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento CA 95812-2952

G F Brown Insurance Services
828 San Pablo Ave No 210
Albany CA 94706-1564

GoDaddy.com LLC
14455 N Hayden Rd Ste 219
Scottsdale AZ 85260-6993

Guo Kuo
1594 Sun Ln
San Jose CA 95132-3623

Hanhai Investment Inc
97 E Brokaw Road Ste 310
San Jose CA 95112-1031

Hartford Fire Insurance Company
Bankruptcy Unit, HO2-R, Home Office
Hartford, CT 06155-0001

Huang Wei
1919 Fruitdale Ave F-404
San Jose CA 95128-4983

Huayu Liu
656 Kingswood Way
Los Altos CA 94022-1623

Hyejin Jin
1011 Clark Way
Palo Alto CA 94304-2319

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

Inventus LLC
500 W Madison Suite 1210
Chicago IL 60661-4602

Jiangwei Li
XTAL Inc
97 E Brokaw Rd Suite 330
San Jose CA 95112-1031

Jihui Huang
3229 El Camino Real Apt 246
Santa Clara CA 95051-2867

Jin Hyejin
1011 Clark Way
Palo Alto CA 94304-2319

Joobyoung Kim
5609 Bellagio Dr
San Jose CA 95118-3901

KPM Accounting & Management Solutions
PO Box 641773
San Francisco CA  94164-1773

Kaiser
PO Box 23219
San Diego CA 92193-3219

Kaiser Permanente
250 Hospital Pkwy
San Jose CA 95119-1103

Ke Zhao
3602 Flora Vista Ave Apt 209
Santa Clara CA 95051-3512

Kim Joobyoung
5609 Bellagio Dr
San Jose CA 95118-3901

Kuo Guo
1594 Sun Ln
San Jose CA 95132-3623

Lan Song
18660 Barnhart Ave
Cupertino CA 95014-3860

Richard A. Lapping
Trodella & Lapping LLP
540 Pacific Ave.
 San Francisco, CA 94133-4608

Lee Bill
2077 Crist Drive
Los Altos CA 94024-7228

Leib Lerner
Alston and Bird LLP
333 S Hope St. 16th Fl
 Los Angeles, CA 90071-1410

Jiangwei Li
97 E. Brokaw Road #330
San Jose, CA 95112-1031

Li Jiangwei
97 E Brokaw Road Ste 330
San Jose CA 95112-1031

Li Wanyu
10367 Greenwood Court Apt 5
Cupertino CA 95014-3341

Liang Wang
251 Bunch Grass Terrace
Fremont CA 94539-8409

Lin Jie
2089 Kiwi Walkway
San Jose CA 95133-3218

Littler Mendelson P C
333 Bush Street 34th Floor
San Francisco CA 94104-2874

Liu Huayu
656 Kingswood Way
Los Altos CA 94022-1623

LogicPatents LLC
21701 Stevens Creek Blvd No 284
Cuptertino CA 95015-3312

M L Rieger
182 Elk Run Road
Skamania WA 98648-6077

Marta Villacorta
Phillip J Burton Federal Bldg
450 Golden Gate Ave 5th Fl
 San Francisco CA 94102-3405

Massmutual Retirement Services
100 Bright Meadow Boulevard
Enfield CT 06082-1981

Michael Mwangi
1277 Longfellow Ln
State College PA 16803-2421

Microsoft Corporation
One Microsoft Way
Redmond WA 98052-8300

Mwangi Michael
1277 Longfellow Ln
State College PA 16803-2421

NCC Group Escrow Associates LLC
123 Mission Street 9th Fl
San Francisco CA 94105-5124

Naihong Tang
6188 Bollinger Rd
San Jose CA 95129-3000

Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

Office of the US Trustee / SJ
US Federal Bldg
280 S 1st St  No 268
San Jose CA 95113-3004

Office of the United States Trustee
Attn: Marta E. Villacorta
450 Golden Gate Avenue, Suite 05-0153
San Francisco, CA 94102-3661

Osborne & Associates Inc
4216 Kiernan Avenue Suite 201
Modesto CA 95356-8500

PG&E
Box 997300
Sacramento CA  95899-7300

Percipience LLC
24 19th Ave
San Francisco CA 94121-1302

Putterman Landry & Yu LLP
345 California St
Ste 1160
San Francisco CA 94104-2626

Putterman Landry + Yu LLP
c/o Stephen D. Finestone
456 Montgomery St., 20th Fl
San Francisco, CA 94104-1233

Quingrong Chen
1045 Williams Way Apt 4
Mountain View CA 94040-3425

Register.com
12808 Gran Bay Parkway
Jacksonville Florida 32258-4468

Richardson Oliver Law Group
650 Castro Street Unit 120-250
Mountain View CA 94041-2055

Richardson Oliver Law Group
Attn: Kent Richardson
650 Castro Street, Unit 120-250
Mountain View CA 94041-2055

Richardson Oliver Law Group
Kent Richardson
650 Castro Street Unit 120-250
Mountain View CA 94041-2055

Richardson Oliver Law Group LLP
650 Castro Street
Unit 120, PMB 250
Mountain View, CA 94041-2093

Ruth Yang
547 S Leeper Ave
Mountain View CA 94040-3824

SVIC No 28 New Technology
Business Investment LLP
2440 Sand Hill Road Ste 302
Menlo Park CA 94025-6900

Samsung Electronics Co Ltd
416 Maetan-3dong Yeongtong-gu
Suwon-si Gyeonggi-do Korea 433-742

Samsung Venture Investment Corp
2440 Sand Hill Road Ste 302
Menlo Park CA 94025-6900

Secretary of State
1500 11th Street
Sacramento CA 95814-5701

Secretary of State
EQUALIZATION
1500 11th Street
Sacramento CA 95814-5701

Shizhong Zhu
350 River Oaks Parkway Apt 1458
San Jose CA 95134-3606

Sofie Vandeputte
405 Cervantes Rd
Portola Valley CA 94028-7659

Song Lan
18660 Barnhart Ave
Cupertino CA 95014-3860

(p)CALIFORNIA STATE BOARD OF EQUALIZATION
ACCOUNT REFERENCE GROUP MIC 29
P O BOX 942879
SACRAMENTO CA 94279-0029

State Farm General Insurance
Agent Tina Vu
46923 Warm Springs Blvd Suite 208
Fremont CA 94539-7977

Sterling Health
1000 Broadway Ste 250
Oakland CA 94607-4033

Sui Jiangzi
4233 Delaware Dr
Fremont CA 94538-5906

Surepayroll
2350 Ravine Way
Ste 100
Glenview IL 60025-7621

Tang Naihong
6118 Bollinger Rd
San Jose CA 95129-3004

Technology Business Investment LLP
SVIC No 28 New Technology Business
2440 Sand Hill Road Ste 302
Menlo Park CA 94025-6900

The Forensics Group
9736 NE 119th Way
Suite E-419
Kirkland WA 98034-7067

The Hartford
PO BOX 660916
Dallas TX 75266-0916

The Meridian Law
675 North First Street Ste 765
San Jose CA 95112-5152

U.S. Attorney
Civil Division
450 Golden Gate Ave.
San Francisco, CA 94102-3661

US Attorney
Civil Division Trustee
450 Golden Gate Ave Bldg
San Francisco CA 94102-3661

UnitedHealthCare
185 Asylum Street Cityplace 1
Hartford CT 06103-3408

UnitedHealthCare
UHS Premium Billing
PO BOX 94017
Palaine IL 60094-4017

Marta Villacorta
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102-3661

Walters Wilson LLP
702 Marshall Street Ste 611
Redwood City CA 94063-1827

Wang Liang
251 Bunch Grass Terrace
Fremont CA 94539-8409

Web Hosting
10 Corporate Drive Ste 300
Burlington MA 01803-4200

WebEx
771 Alder Dr
Milpitas CA 95035-7927

Wei Huang
1919 Fruitdale Ave F-404
San Jose CA 95128-4983

Weibing Chen
1063 Morse Ave Apt 13-305
Sunnyvale CA 94089-4641

Weimin Ma
694 Perry Common
Fremont CA 94539-5749

Wu Jingzi
3559 Ancil Way
San Jose CA 95117-2101

Wu Kai
512 Hamilton Ave
Milpitas CA 95035-3510

XTAL Inc.
97 E. Brokaw Road #330
San Jose, CA 95112-1031

Xtal Inc
97 E Brokaw Road Ste 330
San Jose CA 95112-1031

Xu Jiabei
320 Crescent Village Cir Unit
San Jose CA 95134-3047

Xu Jiabei
320 Crescent Village Cir Unit 1272
San Jose CA 95134-3061

Yaun He
14136 Heathrow Ln
Lake Oswego OR 97034-2178

Young Basile Hanlson & Macfarlane PC
3001 West Big Beaver Road Ste 624
Troy Michigan 48084-3107

Yumin Wang
3602 Flora Vista Ave Apt 209
Santa Clara CA 95051-3512

Zhang Zhaoli
111 Mission Ridge CT
Fremont CA 94539-4776

Zhao Yan
3180 Apperson Ridge Dr
San Jose CA 95148-3817

Zhongke Jingyuan Electron Limited
No 156 4th Jinghai Rd Building 12
Beijing Economic Development District
Beijing China

Zhu Xinzhi
1028 Mundell Ct
Los Altos CA 94022-1114

Zongqiang Yu
3261 Falls Creek Dr
San Jose CA 95135-2352

Zongqiang Yu
DJEL Co Ltd
No 4 Jinghai Road Building 12
Beijing Economic Technological Dev Dist
Beijing China 100176

iTalk Global Communications Inc
7926 Jones Branch Drive Ste 1100
McLean VA 22102-3303

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

State Board of Equalization
Attn: Special Procedures Section, MIC:55
P.O. Box 942879
Sacramento, CA 94279

(d)State Board of Equalization
Attn Special Procedures Section MIC:55
PO Box 942879
Sacramento CA 94279

(d)State Board of Equalization
State of California
Account Information Group MIC 29
PO Box 942879
 Sacramento CA 94279

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)ASML US LLC
Bartko Zankel Bunzel Miller
One Embarcadero Center Suite 800
San Francisco CA 94111-3666

(u)ASML US, LLC

(d)Adobe Inc
345 Park Ave
San Jose CA 95110-2704

(d)Alhambra
6750 Discovery Blvd
Mableton GA 30126-4646

(u)Alston & Bird LLP

(d)Alston & Bird LLP
Attn Leib M. Lerner
333 S Hope Street 16 Floor
 Los Angeles CA 90071-1410

(d)Apobridge International
97 E Brokaw Rd No 310-F
San Jose CA 95112-1031

(d)Assured Technology Inc
14041 Saratoga Hills Road
Saratoga CA 95070-5344

(d)Bill Lee
2077 Crist Drive
Los Altos CA 94024-7228

(d)CA Employment Development Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento CA 94280-0001

(d)CA Franchise Tax Board
Attn: Special Procedures
PO Box 2952
Sacramento CA 95812-2952

(u)CREDITOR MATRIX COVER SHEET

(d)Chase Cardmember Service
PO Box 15298
Wilmington DE 19850-5298

(d)Chen Qingrong
1045 Williams Way Apt 4
Mountain View CA 94040-3425

(d)Chen Weibing
1063 Morse Ave Apt 13-305
Sunnyvale CA 94089-4641

(d)CitiBusiness Card
6716 Grade Lane Building 9
Ste 910
Louisville KY 40213-3410

(d)Copower
1600 W Hillsdale Boulevard
San Mateo CA 94402-3766

(u)DATED: 12/17/2018

(u)Debtor(s)          /

(d)Employment Development Department
Attn MIC 53
800 Capitol Mall
Sacramento CA 95814-4807

(d)FedEx
942 South Shady Grove Road
Memphis TN 38120-4117

(d)First GaoTour Corporation
PO BOX 700471
San Jose CA 95170-0471

(d)Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento CA 95812-2952

(d)GoDaddy.com, LLC
14455 N Hayden Rd Ste 219
Scottsdale AZ 85260-6993

(d)Guo Kuo
1594 Sun Ln
San Jose CA 95132-3623

(d)Hanhai Investment Inc
97 E Brokaw Road Ste 310
San Jose CA 95112-1031

(d)Huang Wei
1919 Fruitdale Ave F-404
San Jose CA 95128-4983

(d)Huayu Liu
656 Kingswood Way
Los Altos CA 94022-1623

(d)Huayu Liu
656 Kingswood Way
Los Altos, CA 94022-1623

(u)I declare that the attached Creditor Maili

(u)In re:
XTAL Inc. Case No.:

(d)Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

(d)Inventus, LLC
500 W. Madison
Suite 1210
Chicago, IL 60661-4602

(d)Jin Hyejin
1011 Clark Way
Palo Alto CA 94304-2319

(d)Joobyoung Kim
5609 Bellagio Dr.,
San Jose, CA 95118-3901

(d)Kim Joobyoung
5609 Bellagio Dr
San Jose CA 95118-3901

(d)Lan Song
18660 Barnhart Ave
Cupertino CA 95014-3860

(d)Lee Bill
2077 Crist Drive
Los Altos CA 94024-7228

(d)Lin Jie
2089 Kiwi Walkway
San Jose CA 95133-3218

(d)Littler Mendelson P C
333 Bush Street 34th Floor
San Francisco CA 94104-2874

(d)Liu Huayu
656 Kingswood Way
Los Altos CA 94022-1623

(d)LogicPatents LLC
21701 Stevens Creek Blvd No 284
Cupertino CA 95015-3312

(d)M L Rieger
182 Elk Run Road
Skamania, WA 98648-6077

(d)Massmutual Retirement Services
100 Bright Meadow Boulevard
Enfield CT 06082-1981

(d)Microsoft Corporation
One Microsoft Way
Redmond WA 98052-8300

(d)NCC Group Escrow Associates LLC
123 Mission Street,9th Fl.
San Francisco, CA 94105-5124

(d)Percipience LLC
24 19th Avenue
San Francisco, CA 94121-1302

(d)Putterman Landry & Yu LLP
345 California St
Ste 1160
San Francisco CA 94104-2626

(d)Register.com
12808 Gran Bay Parkway
Jacksonville Florida 32258-4468

(d)Richard A Lapping
Trodella & Lapping LLP
540 Pacific Ave
San Francisco CA 94133-4608

(d)Ruth Yang
547 S Leeper Ave
Mountain View CA 94040-3824

(d)Samsung Venture Investment Corp
2440 Sand Hill Road Ste 302
Menlo Park CA 94025-6900

(d)Sofie Vandeputte
405 Cervantes Rd
Portola Valley CA 94028-7659

(d)Sterling Health
1000 Broadway Ste 250
Oakland CA 94607-4033

(d)Sui Jiangzi
4233 Delaware Dr
Fremont CA 94538-5906

(d)Surepayroll
2350 Ravine Way
Ste 100
Glenview IL 60025-7621

(d)Tang Naihong
6118 Bollinger Rd
San Jose CA 95129-3004

(d)The Forensics Group
9736 NE 119th Way Suite E-419
Kirkland WA 98034-7067

(d)The Hartford
PO BOX 660916
Dallas TX 75266-0916

(d)The Meridian Law
675 North First Street Ste 765
San Jose CA 95112-5152

(u)UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

(d)Walters Wilson LLP
702 Marshall Street Ste 611
Redwood City CA 94063-1827

(d)Wang Liang
251 Bunch Grass Terrace
Fremont CA 94539-8409

(d)Web Hosting
10 Corporate Drive Ste 300
Burlington MA 01803-4200

(d)WebEx
771 Alder Dr
Milpitas CA 95035-7927

(d)Wu Jingzi
3559 Ancil Way
San Jose CA 95117-2101

(d)Wu Kai
512 Hamilton Ave
Milpitas CA 95035-3510

(u)XITU Technology Shenzhen Co LTD
C-301F YingDaLi Tech Park HongMian Rd
FuTian-BaoShui Park FuTian District
Shenzhen 518048

(d)Young Basile Hanlson & Macfarlane PC
3001 West Big Beaver Road Ste 624
Troy Michigan 48084-3107

(d)Yumin Wang
3602 Flora Vista Ave, Apt 209,
Santa Clara, CA 95051-3512

(d)Zhang Zhaoli
111 Mission Ridge CT
Fremont CA 94539-4776

(d)Zhao Yan
3180 Apperson Ridge Dr
San Jose CA 95148-3817

(d)Zhu Xinzhi
1028 Mundell Ct
Los Altos CA 94022-1114

(d)Zongqiang Yu DJEL Co Ltd
No 4 Jinghai Road Building 12
Beijing Economic Technological Dev Dist
Beijing China 100176

(d)iTalk Global Communications Inc
7926 Jones Branch Drive Ste 1100
McLean VA 22102-3303

(u)s Leib M. Lerner_____
Attorney for Debtor

End of Label Matrix
Mailable recipients    144
Bypassed recipients     76
Total                  220