Entered on Docket
May 03, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: May 3, 2019

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

Leib M. Lerner (CA State Bar No. 227323)
Alina A. Ananian (CA State Bar No. 322905)
**ALSTON & BIRD LLP**
333 S. Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: leib.lerner@alston.com
Email: alina.ananian@alston.com

Attorneys for Debtor XTAL Inc.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>XTAL Inc.,<br><br>Debtor | Bankruptcy Case No.: 18-52770-MEH<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S MOTION TO APPROVE SETTLEMENT AGREEMENT WITH ASML US, LLC**<br><br>Hearing<br>Date:   May 2, 2019<br>Time:  10:30 a.m.<br>Place:  Courtroom 3020<br>         280 S 1st Street<br>         San Jose, CA 95113 |

The motion of XTAL Inc., the debtor and debtor-in-possession in the above-captioned case (the "Debtor"), to Approve Settlement Agreement with ASML US, LLC Pursuant to Fed. R. Bankr. Proc. 9019 ("the Motion ") came on for hearing on May 2, 2019. Leib Lerner of Alston & Bird LLP appeared on behalf of the Debtor, Richard Lapping of Trodella & Lapping LLP and Sean McTigue of Bartko Zanko Bunzel & Miller appeared on behalf of ASML US, LLC, Stephen Finestone of Finestone Hayes LLP appeared on behalf of Putterman, Landry & Yu LLP, and Marta Villacorta appeared on behalf of the United States Trustee.

The Court, having considered the Motion, the papers and arguments of counsel in support of and in opposition to the Motion; and good cause appearing therefor, hereby GRANTs the Motion as set forth herein.

IT IS THEREFORE ORDERED that:

1. The Objection of Putterman, Landry & Yu LLP is overruled.
2. The Objection of the United States Trustee is overruled.
3. The Settlement Agreement between Debtor and ASML US, LLC ("Settlement Agreement") is modified by striking the phrase "to the fullest extent permitted by law, any malpractice claims XTAL may have against the Putterman Landry + Yu law firm or its attorneys" from Paragraph 7(d)(i) of the Settlement Agreement, and paragraph 5 of Exhibit B to the Settlement Agreement shall be deleted.
4. ASML currently holds in trust the hard drive from a Windows machine that holds certain of XTAL's financial and human resources documents. As agreed by the Parties, ASML shall restore to XTAL those certain financial and human resources documents to XTAL in such a manner as is otherwise consistent with the parties' agreement to sequester hard drives from XTAL's servers. Similarly, ASML and XTAL additionally agree that with regard to two identified laptops (the "IT Admin laptops"), following plan confirmation, instead of deleting the data from the IT Admin laptops, ASML will either image their hard drives, or uninstall/reinstall the data for Debtor, and Debtor will retain the IT Admin laptops in accordance therewith.
5. As modified herein, the Settlement Agreement between Debtor and ASML US, LLC is approved.

*****END OF ORDER*****

| | | |
|---|---|---|
| 1 | APPROVED AS TO FORM: | |
| 2 | DATED: May 2, 2019 | UNITED STATES TRUSTEE |
| | | By: /s/ Marta Villacorta |
| | | Attorneys for United States Trustee |
| | DATED: May 2, 2019 | FINESTONE & HAYES LLP |
| | | By: /s/ Stephen D. Finestone |
| | | Stephen D. Finestone |
| | | Attorneys for Putterman + Yu LLP |
| | DATED: May 2, 2019 | TRODELLA & LAPPING LLP |
| | | By: /s/ Richard Lapping |
| | | Richard Lapping |
| | | Attorneys for ASML US, LLC f/k/a ASML US, Inc. |

2592.001/1398032.1

2