Form OCP

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: | XTAL Inc. | Case No.: 18−52770 MEH 11 |
|---|---|---|
| | Debtor(s) | Chapter: 11 |

## NOTICE OF ORDER CONFIRMING PLAN

**Notice is hereby given** of the entry of an order of this court on 06/07/2019 confirming the plan of reorganization filed by the debtor(s) on March 28, 2019 .

Dated: 6/7/19

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court