# Notice Recipients

District/Off: 0971–5    User: arosales    Date Created: 6/7/2019
Case: 18–52770    Form ID: OCP    Total: 228

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr           ASML US, LLC
14913220     Alston & Bird LLP
14902438     CREDITOR MATRIX COVER SHEET
14902440     DATED: 12/17/2018
14902437     Debtor(s) /
14902439     I declare that the attached Creditor Mailing Matri
                                                                                            TOTAL: 6

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee / SJ     USTPRegion17.SJ.ECF@usdoj.gov
aty     Alina Anette Ananian     Alina.Ananian@alston.com
aty     Leib Lerner     leib.lerner@alston.com
aty     Marta Villacorta     marta.villacorta@usdoj.gov
aty     Richard A. Lapping     rich@trodellalapping.com
aty     Ryan A. Witthans     rwitthans@fhlawllp.com
aty     Stephen D. Finestone     sfinestone@fhlawllp.com
aty     Trevor Ross Fehr     trevor.fehr@usdoj.gov
                                                                                            TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         XTAL Inc.     97 E. Brokaw Road #330     San Jose, CA 95112
reqntc     Putterman Landry + Yu LLP     c/o Stephen D. Finestone     456 Montgomery St., 20th Fl     San Francisco, CA 94104
rspi       Jiangwei Li     97 E. Brokaw Road #330     San Jose, CA 95112
acc        Apobridge International Inc.     328 Elmwood Lane     Hayward, CA 94541
aty        Lin Xiao     Young Basile Hanlon & MacFarlane, P.C.     3001 West Big Beaver Road Suite 624     Troy, MI 48084
smg        IRS     P.O. Box 7346     Philadelphia, PA 19101–7346
smg        State Board of Equalization     Attn: Special Procedures Section, MIC:55     P.O. Box 942879     Sacramento, CA 94279
smg        CA Employment Development Dept.     Bankruptcy Group MIC 92E     P.O. Box 826880     Sacramento, CA 94280–0001
smg        CA Franchise Tax Board     Attn: Special Procedures     P.O. Box 2952     Sacramento, CA 95812–2952
smg        IRS     P.O. Box 7346     Philadelphia, PA 19101–7346
14913106   ASML Holdings NV     Bartko Zankel Bunzel Miller     One Embarcadero Center Suite 800     San Francisco CA 94111
14902447   ASML US Inc     ASML Holdings NV     c/o Bartko Zankel Bunzel & Miller     One Embarcadero Center Ste 800     San Francisco CA 941111
14913107   ASML US Inc     Bartko Zankel Bunzel Miller     One Embarcadero Center Suite 800     San Francisco CA 94111
14913109   ASML US LLC     Bartko Zankel Bunzel Miller     One Embarcadero Center Suite 800     San Francisco CA 94111
14913108   ASML US LLC     Trodella & Lapping LLP     Attn Richard A. Lapping     540 Pacific Avenue     San Francisco, CA 94133
14902449   AT&T     PO Box 5014     Carol Stream IL 60197–5014
14913111   AT&T     PO Box 5014     Carol Stream IL 60197–5014
14913112   AUM – RealPage Utility Management     PO Box 6436     Carol Stream IL 60197–6436
14902444   Adobe Inc     345 Park Ave     San Jose CA 95110
14913102   Adobe Inc     345 Park Ave     San Jose CA 95110–2704
14902445   Alhambra     6750 Discovery Blvd     Mableton GA 30126
14913103   Alhambra     6750 Discovery Blvd     Mableton GA 30126–4646
14913104   Alston & Bird LLP     Attn Leib M Lerner     333 S Hope Street 16 Floor     Los Angeles CA 90071–1410
14902443   Alston & Bird LLP     Attn Leib M. Lerner     333 S Hope Street 16 Floor     Los Angeles CA 90071
14902446   Apobridge International     97 E Brokaw Rd No 310–F     San Jose CA 95112
14913105   Apobridge International     97 E Brokaw Rd No 310–F     San Jose CA 95112–1031
14902448   Assured Technology Inc     14041 Saratoga Hills Road     Saratoga CA 95070
14913110   Assured Technology Inc     14041 Saratoga Hills Road     Saratoga CA 95070–5344
14913113   Baoquan Liu     No 4 Jinghai Road Building 12     Beijing Economic Technological Dev Dist     Beijing China
14902450   Bill Lee     2077 Crist Drive     Los Altos CA 94024
14913114   Bill Lee     2077 Crist Drive     Los Altos CA 94024–7228
14913115   CA Employment Development Dept.     Bankruptcy Group MIC 92E     PO Box 826880     Sacramento CA 94280–0001
14913116   CA Franchise Tax Board     Attn: Special Procedures     PO Box 2952     Sacramento CA 95812–2952

| | | | | |
|---|---|---|---|---|
| 14913117 | California State Board of Equalization | Account Information Group MIC 29 | PO Box 942879 | Sacramento CA 94279–0029 |
| 14902451 | Cao Yang | 1945 Silva Pl | Santa Clara CA 95054 | |
| 14913118 | Cao Yang | 1945 Silva Place | Santa Clara CA 95054–1674 | |
| 14902452 | Chase Cardmember Service | PO Box 15298 | Wilmington DE 15850 | |
| 14913119 | Chase Cardmember Service | PO Box 15298 | Wilmington DE 19850–5298 | |
| 14902453 | Chen Qingrong | 1045 Williams Way Apt 4 | Mountain View CA 94040 | |
| 14913120 | Chen Qingrong | 1045 Williams Way Apt 4 | Mountain View CA 94040–3425 | |
| 14902454 | Chen Weibing | 1063 Morse Ave Apt 13–305 | Sunnyvale CA 94089 | |
| 14913121 | Chen Weibing | 1063 Morse Ave Apt 13–305 | Sunnyvale CA 94089–4641 | |
| 14913122 | China Oriental Group Company Limited | Suites 901–2 & 10 | Great Eagle Centre 23 Harbor Road | Wanchai Hong Kong |
| 14902455 | CitiBusiness Card | 6716 Grade Lane Building 9 | Ste 910 | Louisville KY 40213 |
| 14913123 | CitiBusiness Card | 6716 Grade Lane Building 9 | Ste 910 | Louisville KY 40213–3410 |
| 14902456 | Comcast Business | 9602 S 300 W Ste B | Dandy UT 84070–3302 | |
| 14913124 | Comcast Business | 9602 S 300 W Ste B | Dandy UT 84070–3302 | |
| 14902457 | Copower | 1600 W Hillsdale Boulevard | San Mateo CA 94402 | |
| 14913125 | Copower | 1600 W Hillsdale Boulevard | San Mateo CA 94402–3766 | |
| 14902458 | Davis Wright Tremaine LLP | 1201 Third Avenue | Seattle WA 98101 | |
| 14913126 | Davis Wright Tremaine LLP | Shenzhen | 1201 Third Avenue | Seattle WA 98101 |
| 14913127 | Dong Fang Jingyuan Electron Limited | Rm 301F Building C Yingdali Tech Park | Hongmian Road Futian FTZ | Shenzhen City China |
| 14902459 | Dong Fang Jingyuan Electron Limited Beijing | No 4 Jinghai Road Building 12 | Beijing Economic Technological Developme | Beijing China |
| 14902460 | Dong Fang Jingyuan Electron Limited Shenzhen | Rm 301F Building C Yingdali Tech Park No | Hongmian Road Futian FTZ | Shenzhen City China |
| 14913128 | Dong Fang Jingyuan Electron Ltd Beijing | No 4 Jinghai Road Building 12 | Beijing Economic Technological Develop | Beijing China |
| 14913129 | DongFang JingYuan Electron Ltd Shenzhen | Rm 401 A Block C Yingdali Science & Tech | Ditital Park Futian Bonded Area Shenzhen | 518038 Guangdong PR China |
| 14911438 | DongFang Jingyuan Electron Limited Shenzhen | Rm 401A, Block C, Yingdali Scince and Technology Ditital P | Futian Bonded Area,Shenzhen, 518038 | Guangdong, P.R. China |
| 14902461 | Employment Development Department | Attn MIC 53 | 800 Capitol Mall | Sacramento CA 95814 |
| 14913130 | Employment Development Department | Attn MIC 53 | 800 Capitol Mall | Sacramento CA 95814–4807 |
| 14902462 | FedEx | 942 South Shady Grove Road | Memphis TN 38120 | |
| 14913131 | FedEx | 942 South Shady Grove Road | Memphis TN 38120–4117 | |
| 14913132 | Finest Sino International Limited | Jingyuan Han | 23 Harbour Rd Ste 901–2 & 10 | Wanchai Hong Kong |
| 14902463 | First GaoTour Corporation | PO BOX 700471 | San Jose CA 95170 | |
| 14913133 | First GaoTour Corporation | PO BOX 700471 | San Jose CA 95170–0471 | |
| 14902464 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | Sacramento CA 95812 |
| 14913134 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | Sacramento CA 95812–2952 |
| 14913135 | G F Brown Insurance Services | 828 San Pablo Ave No 210 | Albany CA 94706 | |
| 14913136 | GoDaddy.com LLC | 14455 N Hayden Rd Ste 219 | Scottsdale AZ 85260–6993 | |
| 14902465 | GoDaddy.com, LLC | 14455 N Hayden Rd Ste 219 | Scottsdale AZ 85260 | |
| 14902466 | Guo Kuo | 1594 Sun Ln | San Jose CA 95132 | |
| 14913137 | Guo Kuo | 1594 Sun Ln | San Jose CA 95132–3623 | |
| 14902467 | Hanhai Investment Inc | 97 E Brokaw Road Ste 310 | San Jose CA 95112 | |
| 14913138 | Hanhai Investment Inc | 97 E Brokaw Road Ste 310 | San Jose CA 95112–1031 | |
| 14914698 | Hartford Fire Insurance Company | Bankruptcy Unit, HO2–R, Home Office | Hartford, CT 06155 | |
| 14902468 | Huang Wei | 1919 Fruitdale Ave F–404 | San Jose CA 95128 | |
| 14913139 | Huang Wei | 1919 Fruitdale Ave F–404 | San Jose CA 95128–4983 | |
| 14902469 | Huayu Liu | 656 Kingswood Way | Los Altos CA 94022 | |
| 14913140 | Huayu Liu | 656 Kingswood Way | Los Altos CA 94022–1623 | |
| 14911442 | Huayu Liu | 656 Kingswood Way | Los Altos, CA 94022 | |
| 14913141 | Hyejin Jin | 1011 Clark Way | Palo Alto CA 94304–2319 | |
| 14902436 | In re: | XTAL Inc. Case No.: | | |
| 14902470 | Internal Revenue Service | PO Box 7346 | Philadelphia PA 19101 | |
| 14913142 | Internal Revenue Service | PO Box 7346 | Philadelphia PA 19101–7346 | |
| 14913143 | Inventus LLC | 500 W Madison Suite 1210 | Chicago IL 60661 | |
| 14911440 | Inventus, LLC | 500 W. Madison Suite 1210 | Chicago, IL 60661 | |
| 14913145 | Jiangwei Li | XTAL Inc | 97 E Brokaw Rd Suite 330 | San Jose CA 95112 |
| 14913146 | Jihui Huang | 3229 El Camino Real Apt 246 | Santa Clara CA 95051 | |
| 14902472 | Jin Hyejin | 1011 Clark Way | Palo Alto CA 94304 | |
| 14913147 | Jin Hyejin | 1011 Clark Way | Palo Alto CA 94304–2319 | |
| 14913148 | Joobyoung Kim | 5609 Bellagio Dr | San Jose CA 95118 | |
| 14911456 | Joobyoung Kim | 5609 Bellagio Dr., | San Jose, CA 95118 | |
| 14913153 | KPM Accounting & Management Solutions | PO Box 641773 | San Francisco CA 94164–1773 | |
| 14902473 | Kaiser | PO Box 23219 | San Diego CA 92193–3219 | |
| 14913149 | Kaiser | PO Box 23219 | San Diego CA 92193–3219 | |
| 14913150 | Kaiser Permanente | 250 Hospital Pkwy | San Jose CA 95119 | |
| 14913151 | Ke Zhao | 3602 Flora Vista Ave Apt 209 | Santa Clara CA 95051 | |
| 14902475 | Kim Joobyoung | 5609 Bellagio Dr | San Jose CA 95118 | |
| 14913152 | Kim Joobyoung | 5609 Bellagio Dr | San Jose CA 95118–3901 | |
| 14913154 | Kuo Guo | 1594 Sun Ln | San Jose CA 95132 | |
| 14902476 | Lan Song | 18660 Barnhart Ave | Cupertino CA 95014 | |

| | | | | |
|---|---|---|---|---|
| 14913155 | Lan Song | 18660 Barnhart Ave | Cupertino CA 95014–3860 | |
| 14902477 | Lee Bill | 2077 Crist Drive | Los Altos CA 94024 | |
| 14913156 | Lee Bill | 2077 Crist Drive | Los Altos CA 94024–7228 | |
| 14902478 | Li Jiangwei | 97 E Brokaw Road Ste 330 | San Jose CA 95112 | |
| 14913157 | Li Wanyu | 10367 Greenwood Court Apt 5 | Cupertino CA 95014 | |
| 14913158 | Liang Wang | 251 Bunch Grass Terrace | Fremont CA 94539 | |
| 14902479 | Lin Jie | 2089 Kiwi Walkway | San Jose CA 95133 | |
| 14913159 | Lin Jie | 2089 Kiwi Walkway | San Jose CA 95133–3218 | |
| 14902480 | Littler Mendelson P C | 333 Bush Street 34th Floor | San Francisco CA 94104 | |
| 14913160 | Littler Mendelson P C | 333 Bush Street 34th Floor | San Francisco CA 94104–2874 | |
| 14902481 | Liu Huayu | 656 Kingswood Way | Los Altos CA 94022 | |
| 14913161 | Liu Huayu | 656 Kingswood Way | Los Altos CA 94022–1623 | |
| 14902482 | LogicPatents LLC | 21701 Stevens Creek Blvd No 284 | Cuptertino CA 95015 | |
| 14913162 | LogicPatents LLC | 21701 Stevens Creek Blvd No 284 | Cuptertino CA 95015–3312 | |
| 14913163 | M L Rieger | 182 Elk Run Road | Skamania WA 98648 | |
| 14911441 | M L Rieger | 182 Elk Run Road | Skamania, WA 98648 | |
| 14913164 | Marta Villacorta | Phillip J Burton Federal Bldg | 450 Golden Gate Ave 5th Fl | San Francisco CA 94102–3661 |
| 14902484 | Massmutual Retirement Services | 100 Bright Meadow Boulevard | Enfield CT 06082 | |
| 14913165 | Massmutual Retirement Services | 100 Bright Meadow Boulevard | Enfield CT 06082–1981 | |
| 14913166 | Michael Mwangi | 1277 Longfellow Ln | State College PA 16803–2421 | |
| 14902483 | Microsoft Corporation | One Microsoft Way | Redmond WA 98052 | |
| 14913167 | Microsoft Corporation | One Microsoft Way | Redmond WA 98052–8300 | |
| 14902485 | Mwangi Michael | 1277 Longfellow Ln | State College PA 16803 | |
| 14913169 | NCC Group Escrow Associates LLC | 123 Mission Street 9th Fl | San Francisco CA 94105 | |
| 14911451 | NCC Group Escrow Associates LLC | 123 Mission Street,9th Fl. | San Francisco, CA 94105 | |
| 14913168 | Naihong Tang | 6188 Bollinger Rd | San Jose CA 95129 | |
| 14913170 | Office of the US Trustee / SJ | US Federal Bldg | 280 S 1st St No 268 | San Jose CA 95113–3004 |
| 14902960 | Office of the United States Trustee | Attn: Marta E. Villacorta | 450 Golden Gate Avenue, Suite 05–0153 | San Francisco, CA 94102 |
| 14913171 | Osborne & Associates Inc | 4216 Kiernan Avenue Suite 201 | Modesto CA 95356 | |
| 14913173 | PG&E | Box 997300 | Sacramento CA 95899–7300 | |
| 14913172 | Percipience LLC | 24 19th Ave | San Francisco CA 94121 | |
| 14911453 | Percipience LLC | 24 19th Avenue | San Francisco, CA 94121 | |
| 14902486 | Putterman Landry & Yu LLP | 345 California St | Ste 1160 | San Francisco CA 94014 |
| 14913174 | Putterman Landry & Yu LLP | 345 California St | Ste 1160 | San Francisco CA 94104–2626 |
| 14913175 | Quingrong Chen | 1045 Williams Way Apt 4 | Mountain View CA 94040 | |
| 14902487 | Register.com | 12808 Gran Bay Parkway | Jacksonville Florida 32258 | |
| 14913176 | Register.com | 12808 Gran Bay Parkway | Jacksonville Florida 32258–4468 | |
| 14913177 | Richard A Lapping | Trodella & Lapping LLP | 540 Pacific Ave | San Francisco CA 94133–4608 |
| 14902474 | Richardson Oliver Law Group | 650 Castro Street Unit 120–250 | Mountain View CA 94041 | |
| 14911457 | Richardson Oliver Law Group | Attn: Kent Richardson | 650 Castro Street, Unit 120–250 | Mountain View CA 94041 |
| 14913178 | Richardson Oliver Law Group | Kent Richardson | 650 Castro Street Unit 120–250 | Mountain View CA 94041–2055 |
| 14909391 | Richardson Oliver Law Group LLP | 650 Castro Street | Unit 120, PMB 250 | Mountain View, CA 94041–2055 |
| 14902488 | Ruth Yang | 547 S Leeper Ave | Mountain View CA 94040 | |
| 14913179 | Ruth Yang | 547 S Leeper Ave | Mountain View CA 94040–3824 | |
| 14913191 | SVIC No 28 New Technology | Business Investment LLP | 2440 Sand Hill Road Ste 302 | Menlo Park CA 94025 |
| 14913180 | Samsung Electronics Co Ltd | 416 Maetan–3dong Yeongtong–gu | Suwon–si Gyeonggi–do Korea 433–742 | |
| 14902489 | Samsung Venture Investment Corp | 2440 Sand Hill Road Ste 302 | Menlo Park CA 94025 | |
| 14913181 | Samsung Venture Investment Corp | 2440 Sand Hill Road Ste 302 | Menlo Park CA 94025–6900 | |
| 14902490 | Secretary of State | 1500 11th Street | Sacramento CA 95814 | |
| 14913182 | Secretary of State | EQUALIZATION | 1500 11th Street | Sacramento CA 95814–5701 |
| 14913183 | Shizhong Zhu | 350 River Oaks Parkway Apt 1458 | San Jose CA 95134 | |
| 14902491 | Sofie Vandeputte | 405 Cervantes Rd | Portola Valley CA 94028 | |
| 14913184 | Sofie Vandeputte | 405 Cervantes Rd | Portola Valley CA 94028–7659 | |
| 14913185 | Song Lan | 18660 Barnhart Ave | Cupertino CA 95014–3860 | |
| 14913186 | State Board of Equalization | Attn Special Procedures Section MIC:55 | PO Box 942879 | Sacramento CA 94279 |
| 14902492 | State Board of Equalization | State of California | Account Information Group MIC 29 | PO Box 942879 Sacramento CA 94279 |
| 14913187 | State Farm General Insurance | Agent Tina Vu | 46923 Warm Springs Blvd Suite 208 | Fremont CA 94539 |
| 14902493 | Sterling Health | 1000 Broadway Ste 250 | Oakland CA 94607 | |
| 14913188 | Sterling Health | 1000 Broadway Ste 250 | Oakland CA 94607–4090 | |
| 14902494 | Sui Jiangzi | 4233 Delaware Dr | Fremont CA 94538 | |
| 14913189 | Sui Jiangzi | 4233 Delaware Dr | Fremont CA 94538–5906 | |
| 14902495 | Surepayroll | 2350 Ravine Way | Ste 100 | Glenview IL 60025 |
| 14913190 | Surepayroll | 2350 Ravine Way | Ste 100 | Glenview IL 60025–7621 |
| 14902496 | Tang Naihong | 6118 Bollinger Rd | San Jose CA 95129 | |
| 14913192 | Tang Naihong | 6118 Bollinger Rd | San Jose CA 95129–3004 | |
| 14913193 | Technology Business Investment LLP | SVIC No 28 New Technology Business | 2440 Sand Hill Road Ste 302 | Menlo Park CA 94025–6900 |
| 14911439 | The Forensics Group | 9736 NE 119th Way | Suite E–419 | Kirkland WA 98034 |

| | | | | |
|---|---|---|---|---|
| 14913194 | The Forensics Group | 9736 NE 119th Way Suite E–419 | Kirkland WA 98034 | |
| 14902497 | The Hartford | PO BOX 660916 | Dallas TX 75266 | |
| 14913195 | The Hartford | PO BOX 660916 | Dallas TX 75266–0916 | |
| 14902498 | The Meridian Law | 675 North First Street Ste 765 | San Jose CA 95112 | |
| 14913196 | The Meridian Law | 675 North First Street Ste 765 | San Jose CA 95112–5152 | |
| 14902435 | UNITED STATES BANKRUPTCY COURT | NORTHERN DISTRICT OF CALIFORNIA | | |
| 14913199 | US Attorney Civil Division Trustee | 450 Golden Gate Ave Bldg | San Francisco CA 94102–3661 | |
| 14913198 | UnitedHealthCare | 185 Asylum Street Cityplace 1 | Hartford CT 06103 | |
| 14902499 | UnitedHealthCare | UHS Premium Billing | PO BOX 94017 | Palaine IL 60094–4017 |
| 14913197 | UnitedHealthCare | UHS Premium Billing | PO BOX 94017 | Palaine IL 60094–4017 |
| 14902500 | Walters Wilson LLP | 702 Marshall Street Ste 611 | Redwood City CA 94063 | |
| 14913200 | Walters Wilson LLP | 702 Marshall Street Ste 611 | Redwood City CA 94063–1827 | |
| 14902501 | Wang Liang | 251 Bunch Grass Terrace | Fremont CA 94539 | |
| 14913201 | Wang Liang | 251 Bunch Grass Terrace | Fremont CA 94539–8409 | |
| 14902502 | Web Hosting | 10 Corporate Drive Ste 300 | Burlington MA 01803 | |
| 14913202 | Web Hosting | 10 Corporate Drive Ste 300 | Burlington MA 01803–4200 | |
| 14902503 | WebEx | 771 Alder Dr | Milpitas CA 95035 | |
| 14913203 | WebEx | 771 Alder Dr | Milpitas CA 95035–7927 | |
| 14913204 | Wei Huang | 1919 Fruitdale Ave F–404 | San Jose CA 95128–4983 | |
| 14913205 | Weibing Chen | 1063 Morse Ave Apt 13–305 | Sunnyvale CA 94089 | |
| 14913206 | Weimin Ma | 694 Perry Common | Fremont CA 94539 | |
| 14902504 | Wu Jingzi | 3559 Ancil Way | San Jose CA 95117 | |
| 14913207 | Wu Jingzi | 3559 Ancil Way | San Jose CA 95117–2101 | |
| 14902505 | Wu Kai | 512 Hamilton Ave | Milpitas CA 95035 | |
| 14913208 | Wu Kai | 512 Hamilton Ave | Milpitas CA 95035–3510 | |
| 14913209 | XITU Technology Shenzhen Co LTD | C–301F YingDaLi Tech Park HongMian Rd | FuTian–BaoShui Park FuTian District Shenzhen 518048 | |
| 14902442 | Xtal Inc | 97 E Brokaw Road Ste 330 | San Jose CA 95112 | |
| 14913210 | Xu Jiabei | 320 Crescent Village Cir Unit | San Jose CA 95112–1031 | |
| 14902506 | Xu Jiabei | 320 Crescent Village Cir Unit 1272 | San Jose CA 95134 | |
| 14913211 | Yaun He | 14136 Heathrow Ln | Lake Oswego OR 97034 | |
| 14902507 | Young Basile Hanlson & Macfarlane PC | 3001 West Big Beaver Road Ste 624 | Troy Michigan 48084 | |
| 14913212 | Young Basile Hanlson & Macfarlane PC | 3001 West Big Beaver Road Ste 624 | Troy Michigan 48084–3107 | |
| 14913213 | Yumin Wang | 3602 Flora Vista Ave Apt 209 | Santa Clara CA 95051 | |
| 14911450 | Yumin Wang | 3602 Flora Vista Ave, Apt 209, | Santa Clara, CA, 95051 | |
| 14902508 | Zhang Zhaoli | 111 Mission Ridge CT | Fremont CA 94539 | |
| 14913214 | Zhang Zhaoli | 111 Mission Ridge CT | Fremont CA 94539–4776 | |
| 14902509 | Zhao Yan | 3180 Apperson Ridge Dr | San Jose CA 95148 | |
| 14913215 | Zhao Yan | 3180 Apperson Ridge Dr | San Jose CA 95148–3817 | |
| 14913216 | Zhongke Jingyuan Electron Limited | No 156 4th Jinghai Rd Building 12 | Beijing Economic Development District Beijing China | |
| 14902510 | Zhu Xinzhi | 1028 Mundell Ct | Los Altos CA 94022 | |
| 14913217 | Zhu Xinzhi | 1028 Mundell Ct | Los Altos CA 94022–1114 | |
| 14913218 | Zongqiang Yu | 3261 Falls Creek Dr | San Jose CA 95135 | |
| 14902511 | Zongqiang Yu DJEL Co Ltd | No 4 Jinghai Road Building 12 | Beijing Economic Technological Dev Dist Beijing China 100176 | |
| 14913219 | Zongqiang Yu DJEL Co Ltd | No 4 Jinghai Road Building 12 | Beijing Economic Technological Dev Dist Beijing China 100176 | |
| 14902471 | iTalk Global Communications Inc | 7926 Jones Branch Drive Ste 1100 | McLean VA 22102 | |
| 14913144 | iTalk Global Communications Inc | 7926 Jones Branch Drive Ste 1100 | McLean VA 22102–3303 | |
| 14902441 | s Leib M. Lerner_____ | Attorney for Debtor | | |

TOTAL: 214